# EXHIBIT 3

## SHIP FROM
- **Name:** RIVERHORSE DC
- **Address:** 3615 LAMAR AVE
- **City/State/Zip:** Memphis TN 38118
- **Expected Ship Date:** 01/26/2024
- **Instructions:**
- **Pickup/Delivery Number:**
- **Shipping/Receiving Contact:**

## SHIP TO
- **Name:** ARISTA NETWORKS INC
- **Address:** 590 BRENNAN ST
- **City/State/Zip:** San Jose CA 95131
- **Expected Delivery Date:** 02/01/2024
- **Instructions:**
- **Pickup/Delivery Number:**
- **Shipping/Receiving Contact:**

## THIRD PARTY FREIGHT CHARGES BILL TO
- **Name:**
- **Address:**
- **City/State/Zip:** ,
- **SPECIAL INSTRUCTIONS:**

**KCH Transportation**

| | |
|---|---|
| **Bill of Lading:** | MEMT134075 |
| Load Number: | 8615027 |
| Equipment Type: | Dry Van 53' |
| Carrier Name: | CJ LOGISTICS INC |
| Carrier SCAC: | CJ20 |
| Quote/Contract Id: | |
| **Container Number:** | **TBD1** |

**Freight Charge Terms (freight charges are prepaid unless marked otherwise):**
Prepaid _____ Collect _____ Third Party __X__

☐ Master Bill of Lading: with attached underlying Bills of Lading

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| | | 30,000 lbs | Y | N | |
| **GRAND TOTAL** | | **30,000 lbs** | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | | |
|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | COMMODITY DESCRIPTION |
| 26 | Pallets | | | 30,000 lbs | computer parts |
| **26** | | | | **30,000 lbs** | GRAND TOTAL |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
**Shipper Signature**

### SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

**Trailer Loaded:** **Freight Counted:**
☐ By Shipper: ☐ By Shipper:
☐ By Driver: ☐ By Driver/pallets said to contain:
☐ By Driver/Pieces:

### CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
***Property described above is received in good order, except as noted.***