# EXHIBIT 4

Driver statement

Name - Sukhchain Singh

I was hauling this load from Memphis Tn to San Jose Ca and I came to Bakersfield Ca on 01/27 at night around 11 pm. Bakersfield Ca is my hometown and I parked a truck on the side of the house in a dirt lot and there are trucks always parked there. However the next day on 01/28 when I went there to check on my truck it was not there and I went there around 12 pm. I called the company owner and told him the situation and after that I went to his house and we called the police and asked them if it was towed. Police said it was not towed and we can look around and then we can file a police complaint and the owner did file the police complaint.