# EXHIBIT 5



# BAKERSFIELD POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### RELEASED PER VC 20012

### (THEFT OF TRAILER)

Pursuant to California Vehicle Code 20012 Only the following individuals are entitled to collision reports: the driver(s) involved, or the guardian or conservator thereof, the parent of a minor driver, the authorized representative of a driver, or to any named person injured therein, the owners of vehicles or property damaged thereby, persons who may incur civil liability, and any attorney who declares under penalty of perjury that he or she represents any of the above persons.



**BAKERSFIELD**
**POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**(THEFT OF TRAILER)**
**GO# 2024-21012**

# Table of Contents

Related Event  GO#  2024-21012 ....................................................................................... 1

Offense(s) ................................................................................................................... 1

Related Event(s) ........................................................................................................... 2

Related Person(s) ......................................................................................................... 2

   1. VICTIM # 1 - SINGH, HARJOT ........................................................................... 2

   2. SUBJECT # 1 - SINGH, SUKHCHAIN ................................................................. 3

   3. SUBJECT # 2 - PAGE, CHRIS ............................................................................ 4

Related Narrative(s) ..................................................................................................... 5

   1. BARAKAT, SAMAH  (1545),  Initial Offense Report ........................................... 5

   2. PECK, CHRISTOPHER  (1112),  Investigator Follow Up ................................... 14

Related Property Report(s) ........................................................................................ 15

   1. PROPERTY REPORT #  522938 (STOLEN) ..................................................... 15

      ARTICLE (TAG # 522938 - 1) ................................................................ 15

      ARTICLE (TAG # 522938 - 2) ................................................................ 15

      ARTICLE (TAG # 522938 - 3) ................................................................ 15

      ARTICLE (TAG # 522938 - 4) ................................................................ 16

      ARTICLE (TAG # 522938 - 5) ................................................................ 16

      ARTICLE (TAG # 522938 - 6) ................................................................ 16

      ARTICLE (TAG # 522938 - 7) ................................................................ 16

      ARTICLE (TAG # 522938 - 8) ................................................................ 17

      ARTICLE (TAG # 522938 - 9) ................................................................ 17

      ARTICLE (TAG # 522938 - 10) .............................................................. 17

      ARTICLE (TAG # 522938 - 11) .............................................................. 18

      ARTICLE (TAG # 522938 - 12) .............................................................. 18

      ARTICLE (TAG # 522938 - 13) .............................................................. 18

      ARTICLE (TAG # 522938 - 14) .............................................................. 18

      ARTICLE (TAG # 522938 - 15) .............................................................. 19

      ARTICLE (TAG # 522938 - 16) .............................................................. 19

      ARTICLE (TAG # 522938 - 17) .............................................................. 19

      ARTICLE (TAG # 522938 - 18) .............................................................. 20

      ARTICLE (TAG # 522938 - 19) .............................................................. 20

      ARTICLE (TAG # 522938 - 20) .............................................................. 20

      ARTICLE (TAG # 522938 - 21) .............................................................. 20

      ARTICLE (TAG # 522938 - 22) .............................................................. 21

      ARTICLE (TAG # 522938 - 23) .............................................................. 21

      ARTICLE (TAG # 522938 - 24) .............................................................. 21

      ARTICLE (TAG # 522938 - 25) .............................................................. 21

      ARTICLE (TAG # 522938 - 26) .............................................................. 22

      ARTICLE (TAG # 522938 - 27) .............................................................. 22

      ARTICLE (TAG # 522938 - 28) .............................................................. 22

      ARTICLE (TAG # 522938 - 29) .............................................................. 23

      ARTICLE (TAG # 522938 - 30) .............................................................. 23

      ARTICLE (TAG # 522938 - 31) .............................................................. 23

      ARTICLE (TAG # 522938 - 32) .............................................................. 23

      ARTICLE (TAG # 522938 - 33) .............................................................. 24

**ARTICLE (TAG # 522938 - 34)** ................................................................................................... **24**

**ARTICLE (TAG # 522938 - 35)** ................................................................................................... **24**

**ARTICLE (TAG # 522938 - 36)** ................................................................................................... **25**

**ARTICLE (TAG # 522938 - 37)** ................................................................................................... **25**

**ARTICLE (TAG # 522938 - 38)** ................................................................................................... **25**

**ARTICLE (TAG # 522938 - 39)** ................................................................................................... **25**

**ARTICLE (TAG # 522938 - 40)** ................................................................................................... **26**

**ARTICLE (TAG # 522938 - 41)** ................................................................................................... **26**

**ARTICLE (TAG # 522938 - 42)** ................................................................................................... **26**

**ARTICLE (TAG # 522938 - 43)** ................................................................................................... **26**

**ARTICLE (TAG # 522938 - 44)** ................................................................................................... **27**

**ARTICLE (TAG # 522938 - 45)** ................................................................................................... **27**

**ARTICLE (TAG # 522938 - 46)** ................................................................................................... **27**

**ARTICLE (TAG # 522938 - 47)** ................................................................................................... **28**

**ARTICLE (TAG # 522938 - 48)** ................................................................................................... **28**

**ARTICLE (TAG # 522938 - 49)** ................................................................................................... **28**

**ARTICLE (TAG # 522938 - 50)** ................................................................................................... **28**

**ARTICLE (TAG # 522938 - 51)** ................................................................................................... **29**

**ARTICLE (TAG # 522938 - 52)** ................................................................................................... **29**

**ARTICLE (TAG # 522938 - 53)** ................................................................................................... **29**

**ARTICLE (TAG # 522938 - 54)** ................................................................................................... **30**

**ARTICLE (TAG # 522938 - 55)** ................................................................................................... **30**

**ARTICLE (TAG # 522938 - 56)** ................................................................................................... **30**

**ARTICLE (TAG # 522938 - 57)** ................................................................................................... **30**

**ARTICLE (TAG # 522938 - 58)** ................................................................................................... **31**

**ARTICLE (TAG # 522938 - 59)** ................................................................................................... **31**

**ARTICLE (TAG # 522938 - 60)** ................................................................................................... **31**

**ARTICLE (TAG # 522938 - 61)** ................................................................................................... **31**

**ARTICLE (TAG # 522938 - 62)** ................................................................................................... **32**

**ARTICLE (TAG # 522938 - 63)** ................................................................................................... **32**

**ARTICLE (TAG # 522938 - 64)** ................................................................................................... **32**

**ARTICLE (TAG # 522938 - 65)** ................................................................................................... **33**

**ARTICLE (TAG # 522938 - 66)** ................................................................................................... **33**

**ARTICLE (TAG # 522938 - 67)** ................................................................................................... **33**

**ARTICLE (TAG # 522938 - 68)** ................................................................................................... **33**

**ARTICLE (TAG # 522938 - 69)** ................................................................................................... **34**

**ARTICLE (TAG # 522938 - 70)** ................................................................................................... **34**

**ARTICLE (TAG # 522938 - 71)** ................................................................................................... **34**

**ARTICLE (TAG # 522938 - 72)** ................................................................................................... **35**

**ARTICLE (TAG # 522938 - 73)** ................................................................................................... **35**

**ARTICLE (TAG # 522938 - 74)** ................................................................................................... **35**

**ARTICLE (TAG # 522938 - 75)** ................................................................................................... **35**

**ARTICLE (TAG # 522938 - 76)** ................................................................................................... **36**

**ARTICLE (TAG # 522938 - 77)** ................................................................................................... **36**

**ARTICLE (TAG # 522938 - 78)** ................................................................................................... **36**

**ARTICLE (TAG # 522938 - 79)** ................................................................................................... **36**

**ARTICLE (TAG # 522938 - 80)** ................................................................................................... **37**

**ARTICLE (TAG # 522938 - 81)** ................................................................................................... **37**

**ARTICLE (TAG # 522938 - 82)** ................................................................................................... **37**

**ARTICLE (TAG # 522938 - 83)** ................................................................................................... **38**

**ARTICLE (TAG # 522938 - 84)** ................................................................................................... **38**

ARTICLE (TAG # 522938 - 85) ................................................................................................ 38

ARTICLE (TAG # 522938 - 86) ................................................................................................ 38

ARTICLE (TAG # 522938 - 87) ................................................................................................ 39

ARTICLE (TAG # 522938 - 88) ................................................................................................ 39

ARTICLE (TAG # 522938 - 89) ................................................................................................ 39

ARTICLE (TAG # 522938 - 90) ................................................................................................ 40

ARTICLE (TAG # 522938 - 91) ................................................................................................ 40

ARTICLE (TAG # 522938 - 92) ................................................................................................ 40

ARTICLE (TAG # 522938 - 93) ................................................................................................ 40

ARTICLE (TAG # 522938 - 94) ................................................................................................ 41

ARTICLE (TAG # 522938 - 95) ................................................................................................ 41

ARTICLE (TAG # 522938 - 96) ................................................................................................ 41

ARTICLE (TAG # 522938 - 97) ................................................................................................ 41

ARTICLE (TAG # 522938 - 98) ................................................................................................ 42

ARTICLE (TAG # 522938 - 99) ................................................................................................ 42

ARTICLE (TAG # 522938 - 100) ................................................................................................ 42

ARTICLE (TAG # 522938 - 101) ................................................................................................ 43

ARTICLE (TAG # 522938 - 102) ................................................................................................ 43

ARTICLE (TAG # 522938 - 103) ................................................................................................ 43

ARTICLE (TAG # 522938 - 104) ................................................................................................ 43

ARTICLE (TAG # 522938 - 105) ................................................................................................ 44

ARTICLE (TAG # 522938 - 106) ................................................................................................ 44

ARTICLE (TAG # 522938 - 107) ................................................................................................ 44

ARTICLE (TAG # 522938 - 108) ................................................................................................ 45

ARTICLE (TAG # 522938 - 109) ................................................................................................ 45

ARTICLE (TAG # 522938 - 110) ................................................................................................ 45

ARTICLE (TAG # 522938 - 111) ................................................................................................ 45

ARTICLE (TAG # 522938 - 112) ................................................................................................ 46

ARTICLE (TAG # 522938 - 113) ................................................................................................ 46

ARTICLE (TAG # 522938 - 114) ................................................................................................ 46

ARTICLE (TAG # 522938 - 115) ................................................................................................ 46

ARTICLE (TAG # 522938 - 116) ................................................................................................ 47

ARTICLE (TAG # 522938 - 117) ................................................................................................ 47

ARTICLE (TAG # 522938 - 118) ................................................................................................ 47

ARTICLE (TAG # 522938 - 119) ................................................................................................ 48

ARTICLE (TAG # 522938 - 120) ................................................................................................ 48

ARTICLE (TAG # 522938 - 121) ................................................................................................ 48

ARTICLE (TAG # 522938 - 122) ................................................................................................ 48

ARTICLE (TAG # 522938 - 123) ................................................................................................ 49

ARTICLE (TAG # 522938 - 124) ................................................................................................ 49

ARTICLE (TAG # 522938 - 125) ................................................................................................ 49

ARTICLE (TAG # 522938 - 126) ................................................................................................ 50

ARTICLE (TAG # 522938 - 127) ................................................................................................ 50

ARTICLE (TAG # 522938 - 128) ................................................................................................ 50

ARTICLE (TAG # 522938 - 129) ................................................................................................ 50

ARTICLE (TAG # 522938 - 130) ................................................................................................ 51

ARTICLE (TAG # 522938 - 131) ................................................................................................ 51

ARTICLE (TAG # 522938 - 132) ................................................................................................ 51

ARTICLE (TAG # 522938 - 133) ................................................................................................ 51

ARTICLE (TAG # 522938 - 134) ................................................................................................ 52

ARTICLE (TAG # 522938 - 135) ................................................................................................ 52

**ARTICLE (TAG # 522938 - 136)** ................................................................................................................ **52**

**ARTICLE (TAG # 522938 - 137)** ................................................................................................................ **53**

**ARTICLE (TAG # 522938 - 138)** ................................................................................................................ **53**

**ARTICLE (TAG # 522938 - 139)** ................................................................................................................ **53**

**ARTICLE (TAG # 522938 - 140)** ................................................................................................................ **53**

**ARTICLE (TAG # 522938 - 141)** ................................................................................................................ **54**

**ARTICLE (TAG # 522938 - 142)** ................................................................................................................ **54**

**ARTICLE (TAG # 522938 - 143)** ................................................................................................................ **54**

**ARTICLE (TAG # 522938 - 144)** ................................................................................................................ **55**

**ARTICLE (TAG # 522938 - 145)** ................................................................................................................ **55**

**ARTICLE (TAG # 522938 - 146)** ................................................................................................................ **55**

**ARTICLE (TAG # 522938 - 147)** ................................................................................................................ **55**

**ARTICLE (TAG # 522938 - 148)** ................................................................................................................ **56**

**ARTICLE (TAG # 522938 - 149)** ................................................................................................................ **56**

**ARTICLE (TAG # 522938 - 150)** ................................................................................................................ **56**

**ARTICLE (TAG # 522938 - 151)** ................................................................................................................ **56**

**ARTICLE (TAG # 522938 - 152)** ................................................................................................................ **57**

**ARTICLE (TAG # 522938 - 153)** ................................................................................................................ **57**

**ARTICLE (TAG # 522938 - 154)** ................................................................................................................ **57**

**ARTICLE (TAG # 522938 - 155)** ................................................................................................................ **58**

**ARTICLE (TAG # 522938 - 156)** ................................................................................................................ **58**

**ARTICLE (TAG # 522938 - 157)** ................................................................................................................ **58**

**ARTICLE (TAG # 522938 - 158)** ................................................................................................................ **58**

**ARTICLE (TAG # 522938 - 159)** ................................................................................................................ **59**

**ARTICLE (TAG # 522938 - 160)** ................................................................................................................ **59**

**ARTICLE (TAG # 522938 - 161)** ................................................................................................................ **59**

**ARTICLE (TAG # 522938 - 162)** ................................................................................................................ **60**

**ARTICLE (TAG # 522938 - 163)** ................................................................................................................ **60**

**ARTICLE (TAG # 522938 - 164)** ................................................................................................................ **60**

**ARTICLE (TAG # 522938 - 165)** ................................................................................................................ **60**

**ARTICLE (TAG # 522938 - 166)** ................................................................................................................ **61**

**ARTICLE (TAG # 522938 - 167)** ................................................................................................................ **61**

**ARTICLE (TAG # 522938 - 168)** ................................................................................................................ **61**

**ARTICLE (TAG # 522938 - 169)** ................................................................................................................ **61**

**ARTICLE (TAG # 522938 - 170)** ................................................................................................................ **62**

**ARTICLE (TAG # 522938 - 171)** ................................................................................................................ **62**

**ARTICLE (TAG # 522938 - 172)** ................................................................................................................ **62**

**ARTICLE (TAG # 522938 - 173)** ................................................................................................................ **63**

**ARTICLE (TAG # 522938 - 174)** ................................................................................................................ **63**

**ARTICLE (TAG # 522938 - 175)** ................................................................................................................ **63**

**ARTICLE (TAG # 522938 - 176)** ................................................................................................................ **63**

**ARTICLE (TAG # 522938 - 177)** ................................................................................................................ **64**

**ARTICLE (TAG # 522938 - 178)** ................................................................................................................ **64**

**ARTICLE (TAG # 522938 - 179)** ................................................................................................................ **64**

**ARTICLE (TAG # 522938 - 180)** ................................................................................................................ **65**

**ARTICLE (TAG # 522938 - 181)** ................................................................................................................ **65**

**ARTICLE (TAG # 522938 - 182)** ................................................................................................................ **65**

**ARTICLE (TAG # 522938 - 183)** ................................................................................................................ **65**

**ARTICLE (TAG # 522938 - 184)** ................................................................................................................ **66**

**ARTICLE (TAG # 522938 - 185)** ................................................................................................................ **66**

**ARTICLE (TAG # 522938 - 186)** ................................................................................................................ **66**



# BAKERSFIELD POLICE DEPARTMENT

### GENERAL OFFENSE HARDCOPY
#### RELEASED PER VC 20012
#### (THEFT OF TRAILER)

## General Offense Information

| | |
|---|---|
| **Operational Status** | CLOSED |
| **Reported On** | JAN-28-2024  1504 |
| **Occurred On** | JAN-28-2024  0100 |
| **Approved On** | JAN-30-2024  (TUE.) |
| **Approved By** | 1046  -  MALLEY, MICHAEL |
| **Report Submitted By** | 1545  -  BARAKAT, SAMAH |
| **Org Unit** | OPERATIONS SHIFT 5 |
| **Address** | 7100 BLOCK PANAMA LN |
| **Municipality** | BAKERSFIELD |
| **County** | KERN COUNTY |
| **District** W  **Beat** S  **Grid** 127 | |
| **Felony/ Misdemeanor** | FELONY |
| **Anti Reproductive** | N |
| **Gang Activity** | N |
| **Identity Theft** | N |
| **Value Loss** | $744,605.00 |
| **Value Recovered** | $1.00 |
| **Family Violence** | NO |
| **Cargo Theft** | NO |

## Offenses (Completed/Attempted)

| | |
|---|---|
| **Offense #** | 1  23H-91  THEFT OF TRAILER -  COMPLETED |
| **Statute** | 10851(A)  THEFT OF TRAILER |
| **Location** | HIGHWAY/ROAD/ALLEY (INCLUDES STREET) |
| **Suspected Of Using** | NOT APPLICABLE |
| **Bias** | NONE (NO BIAS) |

| | |
|---|---|
| **Offense #** | 2  26A-342  F:STOLEN VEHICLE -  COMPLETED |
| **Statute** | 10851(A)  F:STOLEN VEHICLE |
| **Location** | HIGHWAY/ROAD/ALLEY (INCLUDES STREET) |
| **Suspected Of Using** | NOT APPLICABLE |
| **Bias** | NONE (NO BIAS) |



# BAKERSFIELD POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY
### RELEASED PER VC 20012
### (THEFT OF TRAILER)

## Related Event(s)

  **1. CP  2024-21012**

## Related Person(s)

  **1.  VICTIM # 1 - SINGH, HARJOT**

### CASE SPECIFIC INFORMATION

| | |
|---:|---|
| **Sex** | MALE |
| **Race** | ASIAN INDIAN |
| **Date Of Birth** | |
| **Address** | |
| **Municipality** | |
| **State** | |
| **ZIP Code** | |
| **CELLULAR** | |

### PERSON PARTICULARS

| | |
|---:|---|
| **Ethnicity** | NOT HISPANIC OR LATINO |

### MASTER NAME INDEX REFERENCE

| | |
|---:|---|
| **Name** | SINGH, HARJOT |
| **Sex** | MALE |
| **Race** | ASIAN INDIAN |
| **Date Of Birth** | |
| **Ethnicity** | NOT HISPANIC OR LATINO |
| **Address** | |
| **Municipality** | |
| **State** | |
| **ZIP Code** | |

*PHONE NUMBERS*

| | |
|---:|---|
| **CELLULAR** | |

### LINKAGE FACTORS

| | |
|---:|---|
| **Resident Status** | RESIDENT |
| **Age Range** | |
| **Victim Of** | 26A- 342  F:STOLEN VEHICLE -  COMPLETED |



# BAKERSFIELD POLICE DEPARTMENT

### GENERAL OFFENSE HARDCOPY
#### RELEASED PER VC 20012
#### (THEFT OF TRAILER)

**Victim Of** 23H- 91 THEFT OF TRAILER - COMPLETED

***RELATIONSHIP(S) BETWEEN VICTIM TO OFFENDER(S)***

**Relationship** RELATIONSHIP UNKNOWN
**Offender's Name** UNIDENTIFIED PERSON, ,          **Offender's Role** SUSP/OFFNDR #1

## 2. SUBJECT # 1 - SINGH, SUKHCHAIN

### CASE SPECIFIC INFORMATION

**Sex** MALE
**Race** ASIAN INDIAN
**Date Of Birth**
**Address**
**Municipality**
**State**
**ZIP Code**

### PERSON PARTICULARS

**Ethnicity** NOT HISPANIC OR LATINO

### MASTER NAME INDEX REFERENCE

**Name** SINGH, SUKHCHAIN
**Sex** MALE
**Race** ASIAN INDIAN
**Date Of Birth**
**Ethnicity** NOT HISPANIC OR LATINO
**Address**
**Municipality**
**State**
**ZIP Code**

### LINKAGE FACTORS

**Resident Status** RESIDENT
**Age Range** 30-49 YEARS


# BAKERSFIELD POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY
### RELEASED PER VC 20012
### (THEFT OF TRAILER)

## 3.  SUBJECT # 2 - PAGE, CHRIS

### CASE SPECIFIC INFORMATION

|              |                  |               |     |
|-------------:|------------------|--------------:|-----|
| **Sex**      | MALE             |               |     |
| **Race**     | WHITE            |               |     |
| **Date Of Birth** | ▓▓▓▓▓▓▓      |               |     |
| **Address**  | 6005 FREEPORT AVE | **Apartment** | 102 |
| **Municipality** | MEMPHIS      |               |     |
| **State**    | TENNESSEE        |               |     |
| **ZIP Code** | 38141            |               |     |
| **BUSINESS** | (901) 362-9771   |               |     |
| **CELLULAR** | (901) 828-6608   |               |     |

### PERSON PARTICULARS

**Occupation**  SECURITY

**Employer**  EXPEDITORS - MEMPHIS BRANCH   6005 FREEPORT AVENUE, SUITE 102 MEMPHIS, TN 38141

### MASTER NAME INDEX REFERENCE

|              |                  |               |     |
|-------------:|------------------|--------------:|-----|
| **Name**     | PAGE, CHRIS      |               |     |
| **Sex**      | MALE             |               |     |
| **Race**     | WHITE            |               |     |
| **Date Of Birth** | ▓▓▓▓▓▓▓      |               |     |
| **Address**  | 6005 FREEPORT AVE | **Apartment** | 102 |
| **Municipality** | MEMPHIS      |               |     |
| **State**    | TENNESSEE        |               |     |
| **ZIP Code** | 38141            |               |     |

*PHONE NUMBERS*

| | |
|---:|---|
| **BUSINESS** | (901) 362-9771 |
| **CELLULAR** | (901) 828-6608 |

### LINKAGE FACTORS

**Age Range**  50-64 YEARS

# BAKERSFIELD POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### RELEASED PER VC 20012

### (THEFT OF TRAILER)

## Narrative Text

**Type** Initial Offense Report
**Author** 1545 - BARAKAT, SAMAH
**Related Date** Jan-28-2024 18:53

On Sunday, 01/28/2024, at approximately 1734 hours, I, Officer Barakat #1545, was assigned as a liaison Officer and was dispatched to a grand theft auto report.

I made telephone contact with the victim later identified as HARJOT SINGH, who stated his vehicle and the trailer attached to it had been stolen. HARJOT SINGH stated on 01/27/2024 around 2200 hours, his driver SUKHCHAIN SINGH parked the vehicle in the 7100 block Panama Lane and the last time he saw the vehicle was on 01/28/2024 around 0100 hours. The vehicle was locked, windows were secured, and keys were not inside. No one had permission beside HARJOT SINGH and SUKHCHAIN SINGH to take the vehicle and the key is still with SUKHCHAIN SINGH. HARJOT SINGH stated he was notified on 01/28/2024 around 1200 hours by SUKHCHAIN SINGH that the vehicle had been stolen. No firearms were in the vehicle. No witnesses were available, and no footage is available either. The vehicle had front plate only and the trailer is attached to the vehicle and had rear plate only.

The vehicle was described as:

2020 white Freightliner Semi Truck, LIC#:ZP08658, worth $73000.

CJ Logistics INC on both sides.

HARJOT SINGH stated the trailer is a rental from Lynn Trucking and is described as:

2019 white Great Dane, LIC#262759A, worth $27000.

The trailer is loaded with computer parts, unknown value.

BPD record C378 entered the vehicle and the trailer as stolen.

I provided HARJOT SINGH with a digital copy of the BPD Victim Assistance Guide which included the case number. I sent HARJOT SINGH a BPD link to upload photos of the stolen vehicle and trailer and the rental agreement to the trailer.

NFI.


# BAKERSFIELD POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY
### RELEASED PER VC 20012
### (THEFT OF TRAILER)



# BAKERSFIELD POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### RELEASED PER VC 20012

### (THEFT OF TRAILER)

## NARRATIVE TEXT RELATED ATTACHMENT(S)

1. **Other Agency Reports**
   **Description** KCSO



## Kern County Sheriff's Office
## Compact



| | | |
|---|---|---|
| Print Date/Time: | 01/31/2024 16:23 | Kern County Sheriff's Office |
| Login ID: | ksorg/moses | ORI Number: CA0150000 |
| Case Number: | 2024-00011558 | |

### Case Details:

| | | | |
|---|---|---|---|
| Case Number: | 2024-00011558 | Incident Type: | Assist |
| Location: | E WILSON RD / S EDISON RD | Occurred From: | 01/29/2024 09:57 |
| | Bakersfield,CA 93307 | Occurred Thru: | 01/29/2024 09:57 |
| | | Reported Date: | 01/29/2024 09:57 Monday |
| Reporting Officer ID: | 202714-RIVERO | Status: CLOSED | Status Date: 01/29/2024 |
| | Disposition: | VEHICLE RECOVERED, OTHER AGENCY | Disposition Date: 01/29/2024 |
| Assigned Bureau: | LAMONT SUBSTATION | | |

### Offenses

| No. | Group/ORI | Crime Code | Statute | Description | Counts |
|---|---|---|---|---|---|
| 1 | CA0150000 | R24 | R24 | GTA RECOVERY OTHER AGENCY | 1 |

**Offense #** 1

| | | | | | |
|---|---|---|---|---|---|
| Group/ORI: CA0150000 | Crime Code: R24 | Statute: R24 | Counts: 1 | Attempt/ Commit Code: Commit | |
| Description: | GTA RECOVERY OTHER AGENCY | | | Offense Date: 01/29/2024 | |
| NCIC Code: 2406 | | Scene Code: | Field/Woods | Bias/Motivation: No Bias | |
| Domestic Code: No | | | | | |
| Gang Related: No | | IBR Seq. No: 1 | | | |

### Subjects

| Type | No. | Name | Address | Phone | Race | Sex | DOB/Age |
|---|---|---|---|---|---|---|---|
| Victim | 1 | Singh, Harjot | 7304 EMERALD GREEN AVE Bakersfield,CA 93313 | (661)345-7982 | Asian Indian | Male | |

**Subject #** 1-Victim

| | | | |
|---|---|---|---|
| Primary: | No | Victim Type: | Individual |
| Name: | Singh, Harjot | Race: Asian Indian | Sex: Male |
| Address: | 7304 EMERALD GREEN AVE Bakersfield CA 93313 | | |
| Primary Phone: | (661)345-7982 | State: | |

**Related Offenses**

| Group/ORI | Crime Code | Statute | Description |
|---|---|---|---|
| CA0150000 | R24 | R24 | GTA RECOVERY OTHER AGENCY |

**Domestic Violence Referrals:**

| Injury Types | Modus Operandi |
|---|---|
| None | |

### Arrests

| Arrest No. | Name | Address | Date/Time | Type | Age |
|---|---|---|---|---|---|

### Property

Page: 1 of 7



# BAKERSFIELD POLICE DEPARTMENT

### GENERAL OFFENSE HARDCOPY
#### RELEASED PER VC 20012
#### (THEFT OF TRAILER)



## Kern County Sheriff's Office
## Compact



**Print Date/Time:** 01/31/2024 16:23
**Login ID:** ksorg\moses
**Case Number:** 2024-00011558

**ORI Number:**

Kern County Sheriff's Office
CA0150000

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|------|------|------|------|-------|-------------|---------|----------|
| 01/29/2024 | Recovered | Trucks | Freightliner Corp. | | Freightliner semi-truck | | |

**Seq #1**

| **Property Codes:** | **Property Type:** | Trucks | **Property Class:** | Motor Vehicles | **Date Received:** | 01/29/2024 |
|---|---|---|---|---|---|---|
| Recovered | | | **Initial Value:** | $1.00 | **Stolen Location:** | Park/Field/Woods/Beach |

**Description:** Freightliner semi-truck
**Make:** Freightliner Corp.  **Style:** Tractor Truck, Diesel
**Year:** 20  **Serial #:** 1FUJHHDR6LLLL5876  **Color:** White
**Reg. ORI:** CA0150000  **Reg. Number:** ZP08658
**Reg. State:** CA
**Recovery Information**
**Location:** Park/Field/Woods/Beach  **Date:** 01/29/2024  **Code:** Stolen Local - Recovered Other  **Value:** $1.00
**RFOJ?:** Yes  **ORI:** CA0150200

## Vehicles

| No. | Role | Vehicle Type | Year | Make | Model | Color | License Plate | State |
|-----|------|--------------|------|------|-------|-------|---------------|-------|

**Routing:**


# BAKERSFIELD POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### RELEASED PER VC 20012

### (THEFT OF TRAILER)

**OfficerID: ksorg\RIVEROR, Synopsis**

I located a stolen white, 2020 Freightliner semi-truck (CA/ZP08658), under Bakersfield Police Department case number 24-21012, in an orange orchard. The vehicle was returned to the owner.

Page: 3 of 7

# BAKERSFIELD POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### RELEASED PER VC 20012

### (THEFT OF TRAILER)



**KCSO Case, Officer: ksorg\RIVEROR, Supervisor: ksorg\BIEHLS, Merged By:  ksorg\MOSES**

**KERN COUNTY SHERIFF**

**FIELD CASE REPORT**   CASE# 2024-00011558

| EVENT | | |
|---|---|---|
| REPORTED DATE/TIME 1/29/2024  09:57 | OCCURRED INCIDENT TYPE Assist | |
| OCCURRED FROM DATE/TIME 01/29/2024 09:57 | OCCURRED THRU DATE/TIME 01/29/2024  09:57 | LOCATION OF OCCURRENCE E WILSON RD Bakersfield, CA |

| OFFENSES | STATUTE/DESCRIPTION | | COUNTS | ATTEMPT/COMMIT |
|---|---|---|---|---|
| 01 | R24 GTA RECOVERY OTHER AGENCY | | 1 | Commit |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| SUBJECT | | | |
|---|---|---|---|
| JACKET/SUBJECT TYPE Adult | Victim | NAME (LAST, FIRST, MIDDLE SUFFIX) Singh, Harjot | |
| DOB | AGE or AGE RANGE 20   30 | ADDRESS (STREET, CITY, STATE, ZIP) 7304 Emerald Green  AV Bakersfield , CA 93313 | |
| RACE Asian Indian | SEX Male | HEIGHT or RANGE   WEIGHT or RANGE   HAIR | EYE |
| DL NUMBER/STATE | PRIMARY PHONE (661)345-7982 | PHONE #2 | PHONE #3 |

| SUBJECT | | | |
|---|---|---|---|
| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE  SUFFIX) | |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | |
| RACE | SEX | HEIGHT or RANGE   WEIGHT or RANGE   HAIR | EYE |
| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 |

| SUBJECT | | | |
|---|---|---|---|
| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE  SUFFIX) | |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | |
| RACE | SEX | HEIGHT or RANGE   WEIGHT or RANGE   HAIR | EYE |
| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 |

| REPORTING OFFICER RIVERO | DATE 1/29/2024 | REVIEWED BY BIEHL, SHANNON THERESA | DATE 01/30/2024 |
|---|---|---|---|
| | | OF | |

XCSO Case 2024-00011558 Page 1 OF 4

Page: 4 of 7



# BAKERSFIELD POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY
### RELEASED PER VC 20012
### (THEFT OF TRAILER)

**KERN COUNTY SHERIFF**

**FIELD CASE REPORT**   CASE# **2024-00011558**

| VEHICLES as INVOLVED |
|---|

**INVOLVED VEHICLE**

| VEHICLE ROLE | | | | |
|---|---|---|---|---|
| VEH YR | TYPE/MAKE/MODEL | | | STYLE |
| PLATE / STATE | | VIN | TOP COLOR | BOTTOM COLOR |
| ADDITIONAL DESCRIPTIVE INFORMATION | | | | |

**INVOLVED VEHICLE**

| VEHICLE ROLE | | | | |
|---|---|---|---|---|
| VEH YR | TYPE/MAKE/MODEL | | | STYLE |
| PLATE / STATE | | VIN | TOP COLOR | BOTTOM COLOR |
| ADDITIONAL DESCRIPTIVE INFORMATION | | | | |

| VEHICLES as PROPERTY |
|---|

**PROPERTY VEHICLE**

| PROPERTY CODE | | | | VALUE |
|---|---|---|---|---|
| **Recovered** | | | | **$1.00** |
| VEH YR **20** | TYPE/MAKE/MODEL **Freightliner Corp.** | | | STYLE **Tractor Truck, Diesel** |
| PLATE / STATE **ZP08658 / CA** | | VIN **1FUJHHDR6LLLL5876** | TOP COLOR **White** | BOTTOM COLOR **White** |
| ADDITIONAL DESCRIPTIVE INFORMATION **Freightliner semi-truck** | | | | |

**PROPERTY VEHICLE**

| PROPERTY CODE | | | | VALUE |
|---|---|---|---|---|
| VEH YR | TYPE/MAKE/MODEL | | | STYLE |
| PLATE / STATE | | VIN | TOP COLOR | BOTTOM COLOR |
| ADDITIONAL DESCRIPTIVE INFORMATION | | | | |

**PROPERTY VEHICLE**

| PROPERTY CODE | | | | VALUE |
|---|---|---|---|---|
| VEH YR | TYPE/MAKE/MODEL | | | STYLE |
| PLATE / STATE | | VIN | TOP COLOR | BOTTOM COLOR |
| ADDITIONAL DESCRIPTIVE INFORMATION | | | | |

| REPORTING OFFICER | DATE | REVIEWED BY | DATE |
|---|---|---|---|
| **RIVERO** | **1/29/2024** | **BIEHL, SHANNON THERESA** | **01/30/2024** |
| | | OF | |

KCSO Case 2024-00011558 Page 2 OF 4

**KERN COUNTY SHERIFF**

**FIELD CASE REPORT** CASE# **2024-00011558**

**NARRATIVE**

PROPERTY DAMAGED:

HARJOT SINGH told me his 2020 Freightliner (CA/ZP08658) sustained the following damages: Front bumper, passenger side headlight, passenger side of the hood, passenger side mirror, driver side door handle, and dashboard were damaged. The estimated cost to repair is unknown.

PHYSICAL EVIDENCE:

Item #HK1: Body worn camera footage.

CHAIN OF EVIDENCE:

My body worn camera was activated and I kept it in my care and custody until I docked it for archival.

DETAILS:

On 01/29/2024, at about 1058 hours, I was dispatched to the area of East Wilson Road and South Edison Road regarding a found reported stolen semi-truck. The text of the call stated the reporting party located a white Freightliner semi-truck (CA/ZP08658) in an orange orchard. The vehicle was reported stolen out of Bakersfield Police Department under case number 24-21012.

Upon my arrival, I located the semi-truck in the orange orchard unoccupied. The vehicle had damage to the left side of the front bumper. One license plate was attached to the front of the vehicle. The vehicle identification number was in tact and the center portion of the dashboard was damaged.

I had sheriff's dispatch contact the registered owner, identified as HARJOT SINGH, to retrieve the vehicle. SINGH arrived and inspected the vehicle. SINGH told me the truck sustained damage to the following areas: left front bumper, driver side door handle, passenger side hood, passenger side headlight, passenger side mirror, and dashboard. SINGH said there was no damage prior to his truck being stolen. SINGH could not provide me with an estimated cost to repair the vehicle. I did not see any evidence or signs of latent fingerprints inside the vehicle. Due to being in a remote field, there were no surveillance cameras in the area.

SINGH told me clothes, a dash camera, and a sensor were taken from the inside of the vehicle. SINGH was unable to provide me with an estimated cost to replace the above items.

SINGH took possession of the the vehicle and I ended my contact with him.

I called Teletypes and had the vehicle removed from the Stolen Vehicle System (SVS).

| REPORTING OFFICER | DATE | REVIEWED BY | DATE |
|---|---|---|---|
| RIVERO | 1/29/2024 | BIEHL, SHANNON THERESA | 01/30/2024 |

OF



# BAKERSFIELD POLICE DEPARTMENT

**GO# 2024-21012**

**CLOSED**

## GENERAL OFFENSE HARDCOPY

### RELEASED PER VC 20012

### (THEFT OF TRAILER)



**KERN COUNTY SHERIFF**

FIELD CASE REPORT      CASE **2024-00011558**

---

**NARRATIVE (continuation)**

---

My body worn camera was activated and I kept it in my care and custody until I docked it for archival.

End of report.

H. KING/202780
R. RIVERO/202714

---

| REPORTING OFFICER | DATE | REVIEWED BY | DATE |
|---|---|---|---|
| **RIVERO** | **1/29/2024** | **BIEHL, SHANNON THERESA** | **01/30/2024** |
| | | OF | |

KCSO Case 2024-00011558 Page 4 OF 4

Page: 7 of 7



**BAKERSFIELD POLICE DEPARTMENT**

GO# 2024-21012

**CLOSED**

**GENERAL OFFENSE HARDCOPY**

RELEASED PER VC 20012

**(THEFT OF TRAILER)**

## Narrative Text

**Type** Investigator Follow Up

**Author** 1112 - PECK, CHRISTOPHER

**Related Date** Feb-13-2024

On 1-31-22024, I reviewed this case and noted the vehicle, but not the trailer had been recovered by the Kern County Sheriff's Department.

The vehicle was recovered on 1-29-2024 under KCSO case number 202400011558. The vehicle was damaged, but not stripped, or burned, no license plates were missing, and no suspects were in custody. The vehicle was released to the owner.

The vehicle was removed from the stolen vehicle system by C369.

I received a phone call from CHRIS PAGE who is the District Security Manager for Expeitors who told me he is the representative of the company that owned the property that is in the missing trailer. PAGE told me the items being delivered were 186 fabric modules for ethernet switches. PAGE told me these items are used to build internet servers. PAGE told me the items were valued at $3,963.51 each for a total of $737,212.86. PAGE provided me with an invoice, serial numbers, a packing slip, pictures of the missing, items, and pictures of the missing trailer. I later attached these to this report.

PAGE told me he was also in contact with the shipping company and truck driver who provided him with a GPS tracking of the vehicle. Unfortunately, the GPS tracking was disabled, or stopped functioning, shortly after the vehicle was stolen. I reviewed this GPS information and saw that it tracks the vehicle from the warehouse in Memphis Tennessee to approximately the 6000 block of Reliance Drive Bakersfield California.

On 1-28-2024, at about 0451 hours the GPS tracks the vehicle from the 6000 block of Reliance Drive for approximately 1 mile to 7355 Panama Lane at 0452 hours. The GPS shows the vehicle appeared to have stopped on the south side of the roadway in the 7300 block of Panama Lane. The GPS does not show any other location after this leading me to believe it was disabled. I responded to the area of the last known GPS coordinates for any possible video surveillance, but there was none.

At this time there is no suspect information, no video surveillance, no witnesses, and no latent evidence.

The trailer is still reported stolen and has not been located.

This case will be closed pending actionable leads, or the recovery of the trailer or the product inside.



**BAKERSFIELD POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**

**RELEASED PER VC 20012**

**(THEFT OF TRAILER)**

GO# 2024-21012

**CLOSED**

## Related Property Report(s)

### REPORT INFORMATION

**Property Report #**  522938
**Case Status**  STOLEN
**Submitted On**  JAN-28-2024  1504          **By**  PECK, CHRISTOPHER

*RELATED EVENTS*

**Offense**  GO  2024 - 21012

**Related Items**  186

### ARTICLES - EVIDENCE

**Status**  STOLEN
**Tag #**  522938 - 1
**Article**  YOTHER- ALL OTHERS
**Model**  DC-7808R3-FM2                    **# Of Pieces**  1
**Serial # 1**  SGD23470AXB
**Value**  $3,963.51
**Description**  ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags**  EVIDENCE
**Current Location**  (LOCATION UNKNOWN)

### ARTICLES - EVIDENCE

**Status**  STOLEN
**Tag #**  522938 - 2
**Article**  YOTHER- ALL OTHERS
**Model**  DC-7808R3-FM2                    **# Of Pieces**  1
**Serial # 1**  SGD23470ARS
**Value**  $3,963.51
**Description**  ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags**  EVIDENCE
**Current Location**  (LOCATION UNKNOWN)

### ARTICLES - EVIDENCE

**Status**  STOLEN
**Tag #**  522938 - 3
**Article**  YOTHER- ALL OTHERS
**Model**  DC-7808R3-FM2                    **# Of Pieces**  1



# BAKERSFIELD POLICE DEPARTMENT

**GENERAL OFFENSE HARDCOPY**

**RELEASED PER VC 20012**

**(THEFT OF TRAILER)**

GO# 2024-21012
CLOSED

**Serial # 1** SGD23470AVH
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 4
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2                     **# Of Pieces** 1
**Serial # 1** SGD2347004T
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 5
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2                     **# Of Pieces** 1
**Serial # 1** SGD23470AUL
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 6
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2                     **# Of Pieces** 1
**Serial # 1** SGD2345013C
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

# BAKERSFIELD POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY
### RELEASED PER VC 20012
### (THEFT OF TRAILER)

## ARTICLES - EVIDENCE

|  |  |  |  |
|---|---|---|---|
| **Status** | STOLEN | | |
| **Tag #** | 522938 - 7 | | |
| **Article** | YOTHER- ALL OTHERS | | |
| **Model** | DC-7808R3-FM2 | **# Of Pieces** | 1 |
| **Serial # 1** | SGD23480FVN | | |
| **Value** | $3,963.51 | | |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH | | |
| **Flags** | EVIDENCE | | |
| **Current Location** | (LOCATION UNKNOWN) | | |

## ARTICLES - EVIDENCE

|  |  |  |  |
|---|---|---|---|
| **Status** | STOLEN | | |
| **Tag #** | 522938 - 8 | | |
| **Article** | YOTHER- ALL OTHERS | | |
| **Model** | DC-7808R3-FM2 | **# Of Pieces** | 1 |
| **Serial # 1** | SGD23480FSC | | |
| **Value** | $3,963.51 | | |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH | | |
| **Flags** | EVIDENCE | | |
| **Current Location** | (LOCATION UNKNOWN) | | |

## ARTICLES - EVIDENCE

|  |  |  |  |
|---|---|---|---|
| **Status** | STOLEN | | |
| **Tag #** | 522938 - 9 | | |
| **Article** | YOTHER- ALL OTHERS | | |
| **Model** | DC-7808R3-FM2 | **# Of Pieces** | 1 |
| **Serial # 1** | SGD23480FSG | | |
| **Value** | $3,963.51 | | |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH | | |
| **Flags** | EVIDENCE | | |
| **Current Location** | (LOCATION UNKNOWN) | | |

## ARTICLES - EVIDENCE

|  |  |  |  |
|---|---|---|---|
| **Status** | STOLEN | | |
| **Tag #** | 522938 - 10 | | |
| **Article** | YOTHER- ALL OTHERS | | |
| **Model** | DC-7808R3-FM2 | **# Of Pieces** | 1 |
| **Serial # 1** | SGD23480FQF | | |


# BAKERSFIELD POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### RELEASED PER VC 20012

### (THEFT OF TRAILER)

**Value** $3,963.51

**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH

**Flags** EVIDENCE

**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN

**Tag #** 522938 - 11

**Article** YOTHER- ALL OTHERS

**Model** DC-7808R3-FM2      **# Of Pieces** 1

**Serial # 1** SGD23480FSF

**Value** $3,963.51

**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH

**Flags** EVIDENCE

**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN

**Tag #** 522938 - 12

**Article** YOTHER- ALL OTHERS

**Model** DC-7808R3-FM2      **# Of Pieces** 1

**Serial # 1** SGD23480FPF

**Value** $3,963.51

**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH

**Flags** EVIDENCE

**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN

**Tag #** 522938 - 13

**Article** YOTHER- ALL OTHERS

**Model** DC-7808R3-FM2      **# Of Pieces** 1

**Serial # 1** SGD23470AVD

**Value** $3,963.51

**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH

**Flags** EVIDENCE

**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN



# BAKERSFIELD POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY
### RELEASED PER VC 20012
### (THEFT OF TRAILER)

GO# 2024-21012
CLOSED

| | |
|---|---|
| **Tag #** | 522938 - 14 |
| **Article** | YOTHER- ALL OTHERS |
| **Model** | DC-7808R3-FM2 |
| **Serial # 1** | SGD23470AQG |
| **Value** | $3,963.51 |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH |
| **Flags** | EVIDENCE |
| **Current Location** | (LOCATION UNKNOWN) |

**# Of Pieces** 1

## ARTICLES - EVIDENCE

| | |
|---|---|
| **Status** | STOLEN |
| **Tag #** | 522938 - 15 |
| **Article** | YOTHER- ALL OTHERS |
| **Model** | DC-7808R3-FM2 |
| **Serial # 1** | SGD23470AV7 |
| **Value** | $3,963.51 |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH |
| **Flags** | EVIDENCE |
| **Current Location** | (LOCATION UNKNOWN) |

**# Of Pieces** 1

## ARTICLES - EVIDENCE

| | |
|---|---|
| **Status** | STOLEN |
| **Tag #** | 522938 - 16 |
| **Article** | YOTHER- ALL OTHERS |
| **Model** | DC-7808R3-FM2 |
| **Serial # 1** | SGD23470ANX |
| **Value** | $3,963.51 |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH |
| **Flags** | EVIDENCE |
| **Current Location** | (LOCATION UNKNOWN) |

**# Of Pieces** 1

## ARTICLES - EVIDENCE

| | |
|---|---|
| **Status** | STOLEN |
| **Tag #** | 522938 - 17 |
| **Article** | YOTHER- ALL OTHERS |
| **Model** | DC-7808R3-FM2 |
| **Serial # 1** | SGD23470AUJ |
| **Value** | $3,963.51 |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH |
| **Flags** | EVIDENCE |

**# Of Pieces** 1



# BAKERSFIELD POLICE DEPARTMENT

GO# 2024-21012
CLOSED

## GENERAL OFFENSE HARDCOPY
### RELEASED PER VC 20012
### (THEFT OF TRAILER)

**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

| | |
|---|---|
| **Status** | STOLEN |
| **Tag #** | 522938 - 18 |
| **Article** | YOTHER- ALL OTHERS |
| **Model** | DC-7808R3-FM2 |
| **Serial # 1** | SGD2347004H |
| **Value** | $3,963.51 |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH |
| **Flags** | EVIDENCE |
| **Current Location** | (LOCATION UNKNOWN) |

**# Of Pieces** 1

## ARTICLES - EVIDENCE

| | |
|---|---|
| **Status** | STOLEN |
| **Tag #** | 522938 - 19 |
| **Article** | YOTHER- ALL OTHERS |
| **Model** | DC-7808R3-FM2 |
| **Serial # 1** | SGD234801NH |
| **Value** | $3,963.51 |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH |
| **Flags** | EVIDENCE |
| **Current Location** | (LOCATION UNKNOWN) |

**# Of Pieces** 1

## ARTICLES - EVIDENCE

| | |
|---|---|
| **Status** | STOLEN |
| **Tag #** | 522938 - 20 |
| **Article** | YOTHER- ALL OTHERS |
| **Model** | DC-7808R3-FM2 |
| **Serial # 1** | SGD23470ATD |
| **Value** | $3,963.51 |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH |
| **Flags** | EVIDENCE |
| **Current Location** | (LOCATION UNKNOWN) |

**# Of Pieces** 1

## ARTICLES - EVIDENCE

| | |
|---|---|
| **Status** | STOLEN |
| **Tag #** | 522938 - 21 |
| **Article** | YOTHER- ALL OTHERS |
| **Model** | DC-7808R3-FM2 |

**# Of Pieces** 1



# BAKERSFIELD POLICE DEPARTMENT

**GO# 2024-21012**
**CLOSED**

### GENERAL OFFENSE HARDCOPY
#### RELEASED PER VC 20012
#### (THEFT OF TRAILER)

**Serial # 1** SGD23470B03
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 22
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2                    **# Of Pieces** 1
**Serial # 1** SGD23470ARH
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 23
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2                    **# Of Pieces** 1
**Serial # 1** SGD23470AUD
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 24
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2                    **# Of Pieces** 1
**Serial # 1** SGD234600C5
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

# BAKERSFIELD POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### RELEASED PER VC 20012

### (THEFT OF TRAILER)

## <u>ARTICLES - EVIDENCE</u>

| | |
|---|---|
| **Status** | STOLEN |
| **Tag #** | 522938 - 25 |
| **Article** | YOTHER- ALL OTHERS |
| **Model** | DC-7808R3-FM2 |
| **Serial # 1** | SGD23480FY1 |
| **Value** | $3,963.51 |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH |
| **Flags** | EVIDENCE |
| **Current Location** | (LOCATION UNKNOWN) |

**# Of Pieces** 1

## <u>ARTICLES - EVIDENCE</u>

| | |
|---|---|
| **Status** | STOLEN |
| **Tag #** | 522938 - 26 |
| **Article** | YOTHER- ALL OTHERS |
| **Model** | DC-7808R3-FM2 |
| **Serial # 1** | SGD23480FRZ |
| **Value** | $3,963.51 |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH |
| **Flags** | EVIDENCE |
| **Current Location** | (LOCATION UNKNOWN) |

**# Of Pieces** 1

## <u>ARTICLES - EVIDENCE</u>

| | |
|---|---|
| **Status** | STOLEN |
| **Tag #** | 522938 - 27 |
| **Article** | YOTHER- ALL OTHERS |
| **Model** | DC-7808R3-FM2 |
| **Serial # 1** | SGD23480FVJ |
| **Value** | $3,963.51 |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH |
| **Flags** | EVIDENCE |
| **Current Location** | (LOCATION UNKNOWN) |

**# Of Pieces** 1

## <u>ARTICLES - EVIDENCE</u>

| | |
|---|---|
| **Status** | STOLEN |
| **Tag #** | 522938 - 28 |
| **Article** | YOTHER- ALL OTHERS |
| **Model** | DC-7808R3-FM2 |
| **Serial # 1** | SGD23480FRR |

**# Of Pieces** 1



**BAKERSFIELD POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**

RELEASED PER VC 20012

(THEFT OF TRAILER)

GO# 2024-21012

CLOSED

|  |  |
|---|---|
| **Value** | $3,963.51 |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH |
| **Flags** | EVIDENCE |
| **Current Location** | (LOCATION UNKNOWN) |

## ARTICLES - EVIDENCE

|  |  |  |  |
|---|---|---|---|
| **Status** | STOLEN | | |
| **Tag #** | 522938 - 29 | | |
| **Article** | YOTHER- ALL OTHERS | | |
| **Model** | DC-7808R3-FM2 | **# Of Pieces** | 1 |
| **Serial # 1** | SGD23480FTX | | |
| **Value** | $3,963.51 | | |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH | | |
| **Flags** | EVIDENCE | | |
| **Current Location** | (LOCATION UNKNOWN) | | |

## ARTICLES - EVIDENCE

|  |  |  |  |
|---|---|---|---|
| **Status** | STOLEN | | |
| **Tag #** | 522938 - 30 | | |
| **Article** | YOTHER- ALL OTHERS | | |
| **Model** | DC-7808R3-FM2 | **# Of Pieces** | 1 |
| **Serial # 1** | SGD23480FPH | | |
| **Value** | $3,963.51 | | |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH | | |
| **Flags** | EVIDENCE | | |
| **Current Location** | (LOCATION UNKNOWN) | | |

## ARTICLES - EVIDENCE

|  |  |  |  |
|---|---|---|---|
| **Status** | STOLEN | | |
| **Tag #** | 522938 - 31 | | |
| **Article** | YOTHER- ALL OTHERS | | |
| **Model** | DC-7808R3-FM2 | **# Of Pieces** | 1 |
| **Serial # 1** | SGD23480FYK | | |
| **Value** | $3,963.51 | | |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH | | |
| **Flags** | EVIDENCE | | |
| **Current Location** | (LOCATION UNKNOWN) | | |

## ARTICLES - EVIDENCE

|  |  |
|---|---|
| **Status** | STOLEN |



# BAKERSFIELD POLICE DEPARTMENT

GO# 2024-21012
CLOSED

## GENERAL OFFENSE HARDCOPY
### RELEASED PER VC 20012
### (THEFT OF TRAILER)

**Tag #** 522938 - 32
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2          **# Of Pieces** 1
**Serial # 1** SGD234801KH
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 33
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2          **# Of Pieces** 1
**Serial # 1** SGD23480FXH
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 34
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2          **# Of Pieces** 1
**Serial # 1** SGD234801JU
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 35
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2          **# Of Pieces** 1
**Serial # 1** SGD23480FW5
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE



# BAKERSFIELD POLICE DEPARTMENT

**GO# 2024-21012**
**CLOSED**

### GENERAL OFFENSE HARDCOPY
#### RELEASED PER VC 20012
#### (THEFT OF TRAILER)

**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 36
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2                    **# Of Pieces** 1
**Serial # 1** SGD234801GS
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 37
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2                    **# Of Pieces** 1
**Serial # 1** SGD234801ME
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 38
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2                    **# Of Pieces** 1
**Serial # 1** SGD234801FY
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 39
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2                    **# Of Pieces** 1


# BAKERSFIELD POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY
### RELEASED PER VC 20012
### (THEFT OF TRAILER)

| | |
|---:|:---|
| **Serial # 1** | SGD234801MD |
| **Value** | $3,963.51 |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH |
| **Flags** | EVIDENCE |
| **Current Location** | (LOCATION UNKNOWN) |

## ARTICLES - EVIDENCE

| | |
|---:|:---|
| **Status** | STOLEN |
| **Tag #** | 522938 - 40 |
| **Article** | YOTHER- ALL OTHERS |
| **Model** | DC-7808R3-FM2          **# Of Pieces**  1 |
| **Serial # 1** | SGD23470AYK |
| **Value** | $3,963.51 |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH |
| **Flags** | EVIDENCE |
| **Current Location** | (LOCATION UNKNOWN) |

## ARTICLES - EVIDENCE

| | |
|---:|:---|
| **Status** | STOLEN |
| **Tag #** | 522938 - 41 |
| **Article** | YOTHER- ALL OTHERS |
| **Model** | DC-7808R3-FM2          **# Of Pieces**  1 |
| **Serial # 1** | SGD234801LM |
| **Value** | $3,963.51 |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH |
| **Flags** | EVIDENCE |
| **Current Location** | (LOCATION UNKNOWN) |

## ARTICLES - EVIDENCE

| | |
|---:|:---|
| **Status** | STOLEN |
| **Tag #** | 522938 - 42 |
| **Article** | YOTHER- ALL OTHERS |
| **Model** | DC-7808R3-FM2          **# Of Pieces**  1 |
| **Serial # 1** | SGD23470ASH |
| **Value** | $3,963.51 |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH |
| **Flags** | EVIDENCE |
| **Current Location** | (LOCATION UNKNOWN) |

**BAKERSFIELD POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**

**RELEASED PER VC 20012**

**(THEFT OF TRAILER)**

**GO# 2024-21012**

**CLOSED**

## ARTICLES - EVIDENCE

|  |  |
|---|---|
| **Status** | STOLEN |
| **Tag #** | 522938 - 43 |
| **Article** | YOTHER- ALL OTHERS |
| **Model** | DC-7808R3-FM2 |
| **Serial # 1** | SGD234801H4 |
| **Value** | $3,963.51 |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH |
| **Flags** | EVIDENCE |
| **Current Location** | (LOCATION UNKNOWN) |

**# Of Pieces** 1

## ARTICLES - EVIDENCE

|  |  |
|---|---|
| **Status** | STOLEN |
| **Tag #** | 522938 - 44 |
| **Article** | YOTHER- ALL OTHERS |
| **Model** | DC-7808R3-FM2 |
| **Serial # 1** | SGD234801FZ |
| **Value** | $3,963.51 |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH |
| **Flags** | EVIDENCE |
| **Current Location** | (LOCATION UNKNOWN) |

**# Of Pieces** 1

## ARTICLES - EVIDENCE

|  |  |
|---|---|
| **Status** | STOLEN |
| **Tag #** | 522938 - 45 |
| **Article** | YOTHER- ALL OTHERS |
| **Model** | DC-7808R3-FM2 |
| **Serial # 1** | SGD234801GV |
| **Value** | $3,963.51 |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH |
| **Flags** | EVIDENCE |
| **Current Location** | (LOCATION UNKNOWN) |

**# Of Pieces** 1

## ARTICLES - EVIDENCE

|  |  |
|---|---|
| **Status** | STOLEN |
| **Tag #** | 522938 - 46 |
| **Article** | YOTHER- ALL OTHERS |
| **Model** | DC-7808R3-FM2 |
| **Serial # 1** | SGD23470AVR |

**# Of Pieces** 1


# BAKERSFIELD POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY
### RELEASED PER VC 20012
### (THEFT OF TRAILER)

| | |
|---|---|
| **Value** | $3,963.51 |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH |
| **Flags** | EVIDENCE |
| **Current Location** | (LOCATION UNKNOWN) |

## ARTICLES - EVIDENCE

| | | | |
|---|---|---|---|
| **Status** | STOLEN | | |
| **Tag #** | 522938 - 47 | | |
| **Article** | YOTHER- ALL OTHERS | | |
| **Model** | DC-7808R3-FM2 | **# Of Pieces** | 1 |
| **Serial # 1** | SGD234801G4 | | |
| **Value** | $3,963.51 | | |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH | | |
| **Flags** | EVIDENCE | | |
| **Current Location** | (LOCATION UNKNOWN) | | |

## ARTICLES - EVIDENCE

| | | | |
|---|---|---|---|
| **Status** | STOLEN | | |
| **Tag #** | 522938 - 48 | | |
| **Article** | YOTHER- ALL OTHERS | | |
| **Model** | DC-7808R3-FM2 | **# Of Pieces** | 1 |
| **Serial # 1** | SGD23470AU7 | | |
| **Value** | $3,963.51 | | |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH | | |
| **Flags** | EVIDENCE | | |
| **Current Location** | (LOCATION UNKNOWN) | | |

## ARTICLES - EVIDENCE

| | | | |
|---|---|---|---|
| **Status** | STOLEN | | |
| **Tag #** | 522938 - 49 | | |
| **Article** | YOTHER- ALL OTHERS | | |
| **Model** | DC-7808R3-FM2 | **# Of Pieces** | 1 |
| **Serial # 1** | SGD234801KF | | |
| **Value** | $3,963.51 | | |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH | | |
| **Flags** | EVIDENCE | | |
| **Current Location** | (LOCATION UNKNOWN) | | |

## ARTICLES - EVIDENCE

| | |
|---|---|
| **Status** | STOLEN |



**BAKERSFIELD POLICE DEPARTMENT**

**GO# 2024-21012**
**CLOSED**

**GENERAL OFFENSE HARDCOPY**

**RELEASED PER VC 20012**

**(THEFT OF TRAILER)**

| | |
|---|---|
| **Tag #** | 522938 - 50 |
| **Article** | YOTHER- ALL OTHERS |
| **Model** | DC-7808R3-FM2        **# Of Pieces** 1 |
| **Serial # 1** | SGD234801G0 |
| **Value** | $3,963.51 |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH |
| **Flags** | EVIDENCE |
| **Current Location** | (LOCATION UNKNOWN) |

## ARTICLES - EVIDENCE

| | |
|---|---|
| **Status** | STOLEN |
| **Tag #** | 522938 - 51 |
| **Article** | YOTHER- ALL OTHERS |
| **Model** | DC-7808R3-FM2        **# Of Pieces** 1 |
| **Serial # 1** | SGD234801JN |
| **Value** | $3,963.51 |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH |
| **Flags** | EVIDENCE |
| **Current Location** | (LOCATION UNKNOWN) |

## ARTICLES - EVIDENCE

| | |
|---|---|
| **Status** | STOLEN |
| **Tag #** | 522938 - 52 |
| **Article** | YOTHER- ALL OTHERS |
| **Model** | DC-7808R3-FM2        **# Of Pieces** 1 |
| **Serial # 1** | SGD23470ATT |
| **Value** | $3,963.51 |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH |
| **Flags** | EVIDENCE |
| **Current Location** | (LOCATION UNKNOWN) |

## ARTICLES - EVIDENCE

| | |
|---|---|
| **Status** | STOLEN |
| **Tag #** | 522938 - 53 |
| **Article** | YOTHER- ALL OTHERS |
| **Model** | DC-7808R3-FM2        **# Of Pieces** 1 |
| **Serial # 1** | SGD234801GY |
| **Value** | $3,963.51 |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH |
| **Flags** | EVIDENCE |



**BAKERSFIELD POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**

**RELEASED PER VC 20012**

**(THEFT OF TRAILER)**

GO# 2024-21012
CLOSED

**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

| | |
|---|---|
| **Status** | STOLEN |
| **Tag #** | 522938 - 54 |
| **Article** | YOTHER- ALL OTHERS |
| **Model** | DC-7808R3-FM2 |
| **Serial # 1** | SGD23470ARJ |
| **Value** | $3,963.51 |

**# Of Pieces** 1

**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

| | |
|---|---|
| **Status** | STOLEN |
| **Tag #** | 522938 - 55 |
| **Article** | YOTHER- ALL OTHERS |
| **Model** | DC-7808R3-FM2 |
| **Serial # 1** | SGD234801ND |
| **Value** | $3,963.51 |

**# Of Pieces** 1

**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

| | |
|---|---|
| **Status** | STOLEN |
| **Tag #** | 522938 - 56 |
| **Article** | YOTHER- ALL OTHERS |
| **Model** | DC-7808R3-FM2 |
| **Serial # 1** | SGD23470AXL |
| **Value** | $3,963.51 |

**# Of Pieces** 1

**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

| | |
|---|---|
| **Status** | STOLEN |
| **Tag #** | 522938 - 57 |
| **Article** | YOTHER- ALL OTHERS |
| **Model** | DC-7808R3-FM2 |

**# Of Pieces** 1


# BAKERSFIELD POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY
### RELEASED PER VC 20012
### (THEFT OF TRAILER)

**Serial # 1** SGD234801L7

**Value** $3,963.51

**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH

**Flags** EVIDENCE

**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN

**Tag #** 522938 - 58

**Article** YOTHER- ALL OTHERS

**Model** DC-7808R3-FM2  **# Of Pieces** 1

**Serial # 1** SGD23470AWU

**Value** $3,963.51

**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH

**Flags** EVIDENCE

**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN

**Tag #** 522938 - 59

**Article** YOTHER- ALL OTHERS

**Model** DC-7808R3-FM2  **# Of Pieces** 1

**Serial # 1** SGD23470AYN

**Value** $3,963.51

**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH

**Flags** EVIDENCE

**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN

**Tag #** 522938 - 60

**Article** YOTHER- ALL OTHERS

**Model** DC-7808R3-FM2  **# Of Pieces** 1

**Serial # 1** SGD23470ARK

**Value** $3,963.51

**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH

**Flags** EVIDENCE

**Current Location** (LOCATION UNKNOWN)

# BAKERSFIELD POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY
### RELEASED PER VC 20012
### (THEFT OF TRAILER)

## ARTICLES - EVIDENCE

| | |
|---|---|
| **Status** | STOLEN |
| **Tag #** | 522938 - 61 |
| **Article** | YOTHER- ALL OTHERS |
| **Model** | DC-7808R3-FM2 |
| **Serial # 1** | SGD234801N4 |
| **Value** | $3,963.51 |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH |
| **Flags** | EVIDENCE |
| **Current Location** | (LOCATION UNKNOWN) |

**# Of Pieces** 1

## ARTICLES - EVIDENCE

| | |
|---|---|
| **Status** | STOLEN |
| **Tag #** | 522938 - 62 |
| **Article** | YOTHER- ALL OTHERS |
| **Model** | DC-7808R3-FM2 |
| **Serial # 1** | SGD23470AW5 |
| **Value** | $3,963.51 |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH |
| **Flags** | EVIDENCE |
| **Current Location** | (LOCATION UNKNOWN) |

**# Of Pieces** 1

## ARTICLES - EVIDENCE

| | |
|---|---|
| **Status** | STOLEN |
| **Tag #** | 522938 - 63 |
| **Article** | YOTHER- ALL OTHERS |
| **Model** | DC-7808R3-FM2 |
| **Serial # 1** | SGD234801JZ |
| **Value** | $3,963.51 |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH |
| **Flags** | EVIDENCE |
| **Current Location** | (LOCATION UNKNOWN) |

**# Of Pieces** 1

## ARTICLES - EVIDENCE

| | |
|---|---|
| **Status** | STOLEN |
| **Tag #** | 522938 - 64 |
| **Article** | YOTHER- ALL OTHERS |
| **Model** | DC-7808R3-FM2 |
| **Serial # 1** | SGD23470AUR |

**# Of Pieces** 1



# BAKERSFIELD POLICE DEPARTMENT

### GENERAL OFFENSE HARDCOPY
#### RELEASED PER VC 20012
##### (THEFT OF TRAILER)

GO# 2024-21012
CLOSED

**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 65
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2                    **# Of Pieces** 1
**Serial # 1** SGD23470AWV
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 66
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2                    **# Of Pieces** 1
**Serial # 1** SGD234600B8
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 67
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2                    **# Of Pieces** 1
**Serial # 1** FGN233902YD
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN



# BAKERSFIELD POLICE DEPARTMENT

GO# 2024-21012

CLOSED

### GENERAL OFFENSE HARDCOPY
#### RELEASED PER VC 20012
#### (THEFT OF TRAILER)

**Tag #** 522938 - 68
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2        **# Of Pieces** 1
**Serial # 1** FGN234801NR
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 69
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2        **# Of Pieces** 1
**Serial # 1** FGN234801QV
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 70
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2        **# Of Pieces** 1
**Serial # 1** FGN234801PR
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 71
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2        **# Of Pieces** 1
**Serial # 1** FGN234801QJ
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE



# BAKERSFIELD POLICE DEPARTMENT

GO# 2024-21012

CLOSED

### GENERAL OFFENSE HARDCOPY

#### RELEASED PER VC 20012

#### (THEFT OF TRAILER)

**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN

**Tag #** 522938 - 72

**Article** YOTHER- ALL OTHERS

**Model** DC-7808R3-FM2      **# Of Pieces** 1

**Serial # 1** FGN234801S5

**Value** $3,963.51

**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH

**Flags** EVIDENCE

**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN

**Tag #** 522938 - 73

**Article** YOTHER- ALL OTHERS

**Model** DC-7808R3-FM2      **# Of Pieces** 1

**Serial # 1** SGD234801MY

**Value** $3,963.51

**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH

**Flags** EVIDENCE

**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN

**Tag #** 522938 - 74

**Article** YOTHER- ALL OTHERS

**Model** DC-7808R3-FM2      **# Of Pieces** 1

**Serial # 1** SGD23470ATR

**Value** $3,963.51

**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH

**Flags** EVIDENCE

**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN

**Tag #** 522938 - 75

**Article** YOTHER- ALL OTHERS

**Model** DC-7808R3-FM2      **# Of Pieces** 1


# BAKERSFIELD POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### RELEASED PER VC 20012

#### (THEFT OF TRAILER)

**Serial # 1** SGD23470AVY

**Value** $3,963.51

**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH

**Flags** EVIDENCE

**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN

**Tag #** 522938 - 76

**Article** YOTHER- ALL OTHERS

**Model** DC-7808R3-FM2        **# Of Pieces** 1

**Serial # 1** SGD2347004S

**Value** $3,963.51

**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH

**Flags** EVIDENCE

**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN

**Tag #** 522938 - 77

**Article** YOTHER- ALL OTHERS

**Model** DC-7808R3-FM2        **# Of Pieces** 1

**Serial # 1** SGD23470AVP

**Value** $3,963.51

**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH

**Flags** EVIDENCE

**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN

**Tag #** 522938 - 78

**Article** YOTHER- ALL OTHERS

**Model** DC-7808R3-FM2        **# Of Pieces** 1

**Serial # 1** SGD234600AD

**Value** $3,963.51

**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH

**Flags** EVIDENCE

**Current Location** (LOCATION UNKNOWN)

**BAKERSFIELD POLICE DEPARTMENT**

GO# 2024-21012
CLOSED

**GENERAL OFFENSE HARDCOPY**

**RELEASED PER VC 20012**

**(THEFT OF TRAILER)**

## ARTICLES - EVIDENCE

|  |  |
|---|---|
| **Status** | STOLEN |
| **Tag #** | 522938 - 79 |
| **Article** | YOTHER- ALL OTHERS |
| **Model** | DC-7808R3-FM2 |
| **Serial # 1** | SGD234801L3 |
| **Value** | $3,963.51 |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH |
| **Flags** | EVIDENCE |
| **Current Location** | (LOCATION UNKNOWN) |

**# Of Pieces** 1

## ARTICLES - EVIDENCE

|  |  |
|---|---|
| **Status** | STOLEN |
| **Tag #** | 522938 - 80 |
| **Article** | YOTHER- ALL OTHERS |
| **Model** | DC-7808R3-FM2 |
| **Serial # 1** | SGD23470AY0 |
| **Value** | $3,963.51 |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH |
| **Flags** | EVIDENCE |
| **Current Location** | (LOCATION UNKNOWN) |

**# Of Pieces** 1

## ARTICLES - EVIDENCE

|  |  |
|---|---|
| **Status** | STOLEN |
| **Tag #** | 522938 - 81 |
| **Article** | YOTHER- ALL OTHERS |
| **Model** | DC-7808R3-FM2 |
| **Serial # 1** | SGD234801KS |
| **Value** | $3,963.51 |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH |
| **Flags** | EVIDENCE |
| **Current Location** | (LOCATION UNKNOWN) |

**# Of Pieces** 1

## ARTICLES - EVIDENCE

|  |  |
|---|---|
| **Status** | STOLEN |
| **Tag #** | 522938 - 82 |
| **Article** | YOTHER- ALL OTHERS |
| **Model** | DC-7808R3-FM2 |
| **Serial # 1** | SGD23470AWZ |

**# Of Pieces** 1



# BAKERSFIELD POLICE DEPARTMENT

GO# 2024-21012
CLOSED

## GENERAL OFFENSE HARDCOPY
### RELEASED PER VC 20012
### (THEFT OF TRAILER)

**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 83
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2                    **# Of Pieces** 1
**Serial # 1** SGD234801HN
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 84
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2                    **# Of Pieces** 1
**Serial # 1** SGD23470AQE
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 85
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2                    **# Of Pieces** 1
**Serial # 1** SGD234801K2
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN



# BAKERSFIELD POLICE DEPARTMENT

GO# 2024-21012
CLOSED

## GENERAL OFFENSE HARDCOPY
### RELEASED PER VC 20012
### (THEFT OF TRAILER)

**Tag #** 522938 - 86
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2                    **# Of Pieces** 1
**Serial # 1** SGD23470AYR
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 87
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2                    **# Of Pieces** 1
**Serial # 1** SGD234801JP
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 88
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2                    **# Of Pieces** 1
**Serial # 1** SGD23470AWS
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 89
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2                    **# Of Pieces** 1
**Serial # 1** SGD234801HM
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE



# BAKERSFIELD POLICE DEPARTMENT

### GENERAL OFFENSE HARDCOPY
#### RELEASED PER VC 20012
#### (THEFT OF TRAILER)

GO# 2024-21012
CLOSED

**Current Location**  (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status**  STOLEN
**Tag #**  522938 - 90
**Article**  YOTHER- ALL OTHERS
**Model**  DC-7808R3-FM2                    **# Of Pieces**  1
**Serial # 1**  SGD23470AVW
**Value**  $3,963.51
**Description**  ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags**  EVIDENCE
**Current Location**  (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status**  STOLEN
**Tag #**  522938 - 91
**Article**  YOTHER- ALL OTHERS
**Model**  DC-7808R3-FM2                    **# Of Pieces**  1
**Serial # 1**  SGD234801MK
**Value**  $3,963.51
**Description**  ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags**  EVIDENCE
**Current Location**  (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status**  STOLEN
**Tag #**  522938 - 92
**Article**  YOTHER- ALL OTHERS
**Model**  DC-7808R3-FM2                    **# Of Pieces**  1
**Serial # 1**  SGD234801JM
**Value**  $3,963.51
**Description**  ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags**  EVIDENCE
**Current Location**  (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status**  STOLEN
**Tag #**  522938 - 93
**Article**  YOTHER- ALL OTHERS
**Model**  DC-7808R3-FM2                    **# Of Pieces**  1



# BAKERSFIELD POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY
### RELEASED PER VC 20012
### (THEFT OF TRAILER)

**Serial # 1** SGD234801KV
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 94
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2                          **# Of Pieces** 1
**Serial # 1** SGD234801GW
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 95
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2                          **# Of Pieces** 1
**Serial # 1** SGD234801KT
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 96
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2                          **# Of Pieces** 1
**Serial # 1** SGD234604NS
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

# BAKERSFIELD POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY
### RELEASED PER VC 20012
### (THEFT OF TRAILER)

## <u>ARTICLES - EVIDENCE</u>

| | |
|---|---|
| **Status** | STOLEN |
| **Tag #** | 522938 - 97 |
| **Article** | YOTHER- ALL OTHERS |
| **Model** | DC-7808R3-FM2 |
| **Serial # 1** | SGD234801JV |
| **Value** | $3,963.51 |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH |
| **Flags** | EVIDENCE |
| **Current Location** | (LOCATION UNKNOWN) |

**# Of Pieces** 1

## <u>ARTICLES - EVIDENCE</u>

| | |
|---|---|
| **Status** | STOLEN |
| **Tag #** | 522938 - 98 |
| **Article** | YOTHER- ALL OTHERS |
| **Model** | DC-7808R3-FM2 |
| **Serial # 1** | SGD234801H8 |
| **Value** | $3,963.51 |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH |
| **Flags** | EVIDENCE |
| **Current Location** | (LOCATION UNKNOWN) |

**# Of Pieces** 1

## <u>ARTICLES - EVIDENCE</u>

| | |
|---|---|
| **Status** | STOLEN |
| **Tag #** | 522938 - 99 |
| **Article** | YOTHER- ALL OTHERS |
| **Model** | DC-7808R3-FM2 |
| **Serial # 1** | SGD234801JT |
| **Value** | $3,963.51 |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH |
| **Flags** | EVIDENCE |
| **Current Location** | (LOCATION UNKNOWN) |

**# Of Pieces** 1

## <u>ARTICLES - EVIDENCE</u>

| | |
|---|---|
| **Status** | STOLEN |
| **Tag #** | 522938 - 100 |
| **Article** | YOTHER- ALL OTHERS |
| **Model** | DC-7808R3-FM2 |
| **Serial # 1** | SGD23470AW7 |

**# Of Pieces** 1



**BAKERSFIELD POLICE DEPARTMENT**

GENERAL OFFENSE HARDCOPY

RELEASED PER VC 20012

(THEFT OF TRAILER)

GO# 2024-21012

CLOSED

| | |
|---|---|
| **Value** | $3,963.51 |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH |
| **Flags** | EVIDENCE |
| **Current Location** | (LOCATION UNKNOWN) |

## ARTICLES - EVIDENCE

| | | | |
|---|---|---|---|
| **Status** | STOLEN | | |
| **Tag #** | 522938 - 101 | | |
| **Article** | YOTHER- ALL OTHERS | | |
| **Model** | DC-7808R3-FM2 | **# Of Pieces** | 1 |
| **Serial # 1** | SGD234801HB | | |
| **Value** | $3,963.51 | | |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH | | |
| **Flags** | EVIDENCE | | |
| **Current Location** | (LOCATION UNKNOWN) | | |

## ARTICLES - EVIDENCE

| | | | |
|---|---|---|---|
| **Status** | STOLEN | | |
| **Tag #** | 522938 - 102 | | |
| **Article** | YOTHER- ALL OTHERS | | |
| **Model** | DC-7808R3-FM2 | **# Of Pieces** | 1 |
| **Serial # 1** | SGD23470ATS | | |
| **Value** | $3,963.51 | | |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH | | |
| **Flags** | EVIDENCE | | |
| **Current Location** | (LOCATION UNKNOWN) | | |

## ARTICLES - EVIDENCE

| | | | |
|---|---|---|---|
| **Status** | STOLEN | | |
| **Tag #** | 522938 - 103 | | |
| **Article** | YOTHER- ALL OTHERS | | |
| **Model** | DC-7808R3-FM2 | **# Of Pieces** | 1 |
| **Serial # 1** | SGD234801K9 | | |
| **Value** | $3,963.51 | | |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH | | |
| **Flags** | EVIDENCE | | |
| **Current Location** | (LOCATION UNKNOWN) | | |

## ARTICLES - EVIDENCE

| | |
|---|---|
| **Status** | STOLEN |



# BAKERSFIELD POLICE DEPARTMENT

### GENERAL OFFENSE HARDCOPY

#### RELEASED PER VC 20012

#### (THEFT OF TRAILER)

GO# 2024-21012
CLOSED

---

**Tag #** 522938 - 104

**Article** YOTHER- ALL OTHERS

**Model** DC-7808R3-FM2      **# Of Pieces** 1

**Serial # 1** SGD234801GH

**Value** $3,963.51

**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH

**Flags** EVIDENCE

**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN

**Tag #** 522938 - 105

**Article** YOTHER- ALL OTHERS

**Model** DC-7808R3-FM2      **# Of Pieces** 1

**Serial # 1** SGD234801HA

**Value** $3,963.51

**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH

**Flags** EVIDENCE

**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN

**Tag #** 522938 - 106

**Article** YOTHER- ALL OTHERS

**Model** DC-7808R3-FM2      **# Of Pieces** 1

**Serial # 1** SGD234801G7

**Value** $3,963.51

**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH

**Flags** EVIDENCE

**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN

**Tag #** 522938 - 107

**Article** YOTHER- ALL OTHERS

**Model** DC-7808R3-FM2      **# Of Pieces** 1

**Serial # 1** SGD234801GX

**Value** $3,963.51

**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH

**Flags** EVIDENCE

---



**BAKERSFIELD POLICE DEPARTMENT**

GO# 2024-21012
**CLOSED**

**GENERAL OFFENSE HARDCOPY**
**RELEASED PER VC 20012**
**(THEFT OF TRAILER)**

**Current Location**  (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

|  |  |  |  |
|---|---|---|---|
| **Status** | STOLEN | | |
| **Tag #** | 522938 - 108 | | |
| **Article** | YOTHER- ALL OTHERS | | |
| **Model** | DC-7808R3-FM2 | **# Of Pieces** | 1 |
| **Serial # 1** | SGD234600CN | | |
| **Value** | $3,963.51 | | |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH | | |
| **Flags** | EVIDENCE | | |
| **Current Location** | (LOCATION UNKNOWN) | | |

## ARTICLES - EVIDENCE

|  |  |  |  |
|---|---|---|---|
| **Status** | STOLEN | | |
| **Tag #** | 522938 - 109 | | |
| **Article** | YOTHER- ALL OTHERS | | |
| **Model** | DC-7808R3-FM2 | **# Of Pieces** | 1 |
| **Serial # 1** | SGD234801GZ | | |
| **Value** | $3,963.51 | | |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH | | |
| **Flags** | EVIDENCE | | |
| **Current Location** | (LOCATION UNKNOWN) | | |

## ARTICLES - EVIDENCE

|  |  |  |  |
|---|---|---|---|
| **Status** | STOLEN | | |
| **Tag #** | 522938 - 110 | | |
| **Article** | YOTHER- ALL OTHERS | | |
| **Model** | DC-7808R3-FM2 | **# Of Pieces** | 1 |
| **Serial # 1** | SGD234604U9 | | |
| **Value** | $3,963.51 | | |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH | | |
| **Flags** | EVIDENCE | | |
| **Current Location** | (LOCATION UNKNOWN) | | |

## ARTICLES - EVIDENCE

|  |  |  |  |
|---|---|---|---|
| **Status** | STOLEN | | |
| **Tag #** | 522938 - 111 | | |
| **Article** | YOTHER- ALL OTHERS | | |
| **Model** | DC-7808R3-FM2 | **# Of Pieces** | 1 |



# BAKERSFIELD POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY
### RELEASED PER VC 20012
### (THEFT OF TRAILER)

**Serial # 1** SGD23470AV4
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 112
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2                **# Of Pieces** 1
**Serial # 1** SGD2345011J
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 113
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2                **# Of Pieces** 1
**Serial # 1** SGD23470AU5
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 114
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2                **# Of Pieces** 1
**Serial # 1** SGD2344066R
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

**BAKERSFIELD POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**

**RELEASED PER VC 20012**

**(THEFT OF TRAILER)**

GO# 2024-21012

CLOSED

## ARTICLES - EVIDENCE

|  |  |
|---|---|
| **Status** | STOLEN |
| **Tag #** | 522938 - 115 |
| **Article** | YOTHER- ALL OTHERS |
| **Model** | DC-7808R3-FM2 |
| **Serial # 1** | SGD23480FW4 |
| **Value** | $3,963.51 |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH |
| **Flags** | EVIDENCE |
| **Current Location** | (LOCATION UNKNOWN) |

**# Of Pieces**  1

## ARTICLES - EVIDENCE

|  |  |
|---|---|
| **Status** | STOLEN |
| **Tag #** | 522938 - 116 |
| **Article** | YOTHER- ALL OTHERS |
| **Model** | DC-7808R3-FM2 |
| **Serial # 1** | SGD234801G6 |
| **Value** | $3,963.51 |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH |
| **Flags** | EVIDENCE |
| **Current Location** | (LOCATION UNKNOWN) |

**# Of Pieces**  1

## ARTICLES - EVIDENCE

|  |  |
|---|---|
| **Status** | STOLEN |
| **Tag #** | 522938 - 117 |
| **Article** | YOTHER- ALL OTHERS |
| **Model** | DC-7808R3-FM2 |
| **Serial # 1** | SGD234801KN |
| **Value** | $3,963.51 |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH |
| **Flags** | EVIDENCE |
| **Current Location** | (LOCATION UNKNOWN) |

**# Of Pieces**  1

## ARTICLES - EVIDENCE

|  |  |
|---|---|
| **Status** | STOLEN |
| **Tag #** | 522938 - 118 |
| **Article** | YOTHER- ALL OTHERS |
| **Model** | DC-7808R3-FM2 |
| **Serial # 1** | SGD23470ATU |

**# Of Pieces**  1



**BAKERSFIELD POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**

**RELEASED PER VC 20012**

**(THEFT OF TRAILER)**

GO# 2024-21012

**CLOSED**

| | |
|---|---|
| **Value** | $3,963.51 |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH |
| **Flags** | EVIDENCE |
| **Current Location** | (LOCATION UNKNOWN) |

## ARTICLES - EVIDENCE

| | |
|---|---|
| **Status** | STOLEN |
| **Tag #** | 522938 - 119 |
| **Article** | YOTHER- ALL OTHERS |
| **Model** | DC-7808R3-FM2 |
| **Serial # 1** | SGD234801J0 |
| **Value** | $3,963.51 |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH |
| **Flags** | EVIDENCE |
| **Current Location** | (LOCATION UNKNOWN) |

**# Of Pieces** 1

## ARTICLES - EVIDENCE

| | |
|---|---|
| **Status** | STOLEN |
| **Tag #** | 522938 - 120 |
| **Article** | YOTHER- ALL OTHERS |
| **Model** | DC-7808R3-FM2 |
| **Serial # 1** | SGD23470AQF |
| **Value** | $3,963.51 |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH |
| **Flags** | EVIDENCE |
| **Current Location** | (LOCATION UNKNOWN) |

**# Of Pieces** 1

## ARTICLES - EVIDENCE

| | |
|---|---|
| **Status** | STOLEN |
| **Tag #** | 522938 - 121 |
| **Article** | YOTHER- ALL OTHERS |
| **Model** | DC-7808R3-FM2 |
| **Serial # 1** | SGD23480FX8 |
| **Value** | $3,963.51 |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH |
| **Flags** | EVIDENCE |
| **Current Location** | (LOCATION UNKNOWN) |

**# Of Pieces** 1

## ARTICLES - EVIDENCE

| | |
|---|---|
| **Status** | STOLEN |



# BAKERSFIELD POLICE DEPARTMENT

GO# 2024-21012
CLOSED

## GENERAL OFFENSE HARDCOPY
### RELEASED PER VC 20012
### (THEFT OF TRAILER)

| | | | |
|---|---|---|---|
| **Tag #** | 522938 - 122 | | |
| **Article** | YOTHER- ALL OTHERS | | |
| **Model** | DC-7808R3-FM2 | **# Of Pieces** | 1 |
| **Serial # 1** | SGD23470AWY | | |
| **Value** | $3,963.51 | | |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH | | |
| **Flags** | EVIDENCE | | |
| **Current Location** | (LOCATION UNKNOWN) | | |

## ARTICLES - EVIDENCE

| | | | |
|---|---|---|---|
| **Status** | STOLEN | | |
| **Tag #** | 522938 - 123 | | |
| **Article** | YOTHER- ALL OTHERS | | |
| **Model** | DC-7808R3-FM2 | **# Of Pieces** | 1 |
| **Serial # 1** | SGD234801N9 | | |
| **Value** | $3,963.51 | | |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH | | |
| **Flags** | EVIDENCE | | |
| **Current Location** | (LOCATION UNKNOWN) | | |

## ARTICLES - EVIDENCE

| | | | |
|---|---|---|---|
| **Status** | STOLEN | | |
| **Tag #** | 522938 - 124 | | |
| **Article** | YOTHER- ALL OTHERS | | |
| **Model** | DC-7808R3-FM2 | **# Of Pieces** | 1 |
| **Serial # 1** | SGD23470ATQ | | |
| **Value** | $3,963.51 | | |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH | | |
| **Flags** | EVIDENCE | | |
| **Current Location** | (LOCATION UNKNOWN) | | |

## ARTICLES - EVIDENCE

| | | | |
|---|---|---|---|
| **Status** | STOLEN | | |
| **Tag #** | 522938 - 125 | | |
| **Article** | YOTHER- ALL OTHERS | | |
| **Model** | DC-7808R3-FM2 | **# Of Pieces** | 1 |
| **Serial # 1** | SGD234801JQ | | |
| **Value** | $3,963.51 | | |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH | | |
| **Flags** | EVIDENCE | | |



# BAKERSFIELD POLICE DEPARTMENT

### GENERAL OFFENSE HARDCOPY
#### RELEASED PER VC 20012
#### (THEFT OF TRAILER)

**Current Location**  (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status**  STOLEN
**Tag #**  522938 - 126
**Article**  YOTHER- ALL OTHERS
**Model**  DC-7808R3-FM2                    **# Of Pieces**  1
**Serial # 1**  SGD23470ATM
**Value**  $3,963.51
**Description**  ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags**  EVIDENCE
**Current Location**  (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status**  STOLEN
**Tag #**  522938 - 127
**Article**  YOTHER- ALL OTHERS
**Model**  DC-7808R3-FM2                    **# Of Pieces**  1
**Serial # 1**  SGD23470ATM
**Value**  $3,963.51
**Description**  ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags**  EVIDENCE
**Current Location**  (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status**  STOLEN
**Tag #**  522938 - 128
**Article**  YOTHER- ALL OTHERS
**Model**  DC-7808R3-FM2                    **# Of Pieces**  1
**Serial # 1**  SGD23470AYM
**Value**  $3,963.51
**Description**  ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags**  EVIDENCE
**Current Location**  (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status**  STOLEN
**Tag #**  522938 - 129
**Article**  YOTHER- ALL OTHERS
**Model**  DC-7808R3-FM2                    **# Of Pieces**  1



**GO# 2024-21012**
**CLOSED**

# BAKERSFIELD POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY
### RELEASED PER VC 20012
### (THEFT OF TRAILER)

**Serial # 1** SGD234801JF
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 130
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2                    **# Of Pieces** 1
**Serial # 1** SGD23470AYG
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 131
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2                    **# Of Pieces** 1
**Serial # 1** SGD234801GA
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 132
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2                    **# Of Pieces** 1
**Serial # 1** SGD23470AXJ
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

# BAKERSFIELD POLICE DEPARTMENT

### GENERAL OFFENSE HARDCOPY
#### RELEASED PER VC 20012
#### (THEFT OF TRAILER)

## ARTICLES - EVIDENCE

| | |
|---:|:---|
| **Status** | STOLEN |
| **Tag #** | 522938 - 133 |
| **Article** | YOTHER- ALL OTHERS |
| **Model** | DC-7808R3-FM2 |
| **Serial # 1** | SGD234801LJ |
| **Value** | $3,963.51 |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH |
| **Flags** | EVIDENCE |
| **Current Location** | (LOCATION UNKNOWN) |

**# Of Pieces**  1

## ARTICLES - EVIDENCE

| | |
|---:|:---|
| **Status** | STOLEN |
| **Tag #** | 522938 - 134 |
| **Article** | YOTHER- ALL OTHERS |
| **Model** | DC-7808R3-FM2 |
| **Serial # 1** | SGD234801HV |
| **Value** | $3,963.51 |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH |
| **Flags** | EVIDENCE |
| **Current Location** | (LOCATION UNKNOWN) |

**# Of Pieces**  1

## ARTICLES - EVIDENCE

| | |
|---:|:---|
| **Status** | STOLEN |
| **Tag #** | 522938 - 135 |
| **Article** | YOTHER- ALL OTHERS |
| **Model** | DC-7808R3-FM2 |
| **Serial # 1** | SGD234801KJ |
| **Value** | $3,963.51 |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH |
| **Flags** | EVIDENCE |
| **Current Location** | (LOCATION UNKNOWN) |

**# Of Pieces**  1

## ARTICLES - EVIDENCE

| | |
|---:|:---|
| **Status** | STOLEN |
| **Tag #** | 522938 - 136 |
| **Article** | YOTHER- ALL OTHERS |
| **Model** | DC-7808R3-FM2 |
| **Serial # 1** | SGD23470AZ7 |

**# Of Pieces**  1


# BAKERSFIELD POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY
### RELEASED PER VC 20012
### (THEFT OF TRAILER)

**Value** $3,963.51

**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH

**Flags** EVIDENCE

**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN

**Tag #** 522938 - 137

**Article** YOTHER- ALL OTHERS

**Model** DC-7808R3-FM2                    **# Of Pieces** 1

**Serial # 1** SGD234801JC

**Value** $3,963.51

**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH

**Flags** EVIDENCE

**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN

**Tag #** 522938 - 138

**Article** YOTHER- ALL OTHERS

**Model** DC-7808R3-FM2                    **# Of Pieces** 1

**Serial # 1** SGD23470AYV

**Value** $3,963.51

**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH

**Flags** EVIDENCE

**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN

**Tag #** 522938 - 139

**Article** YOTHER- ALL OTHERS

**Model** DC-7808R3-FM2                    **# Of Pieces** 1

**Serial # 1** SGD234801NE

**Value** $3,963.51

**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH

**Flags** EVIDENCE

**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN



# BAKERSFIELD POLICE DEPARTMENT

GO# 2024-21012
CLOSED

### GENERAL OFFENSE HARDCOPY
#### RELEASED PER VC 20012
#### (THEFT OF TRAILER)

**Tag #** 522938 - 140
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2       **# Of Pieces** 1
**Serial # 1** SGD23470AYH
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 141
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2       **# Of Pieces** 1
**Serial # 1** SGD234801MF
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 142
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2       **# Of Pieces** 1
**Serial # 1** SGD23470AWE
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 143
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2       **# Of Pieces** 1
**Serial # 1** SGD234801HD
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE



# BAKERSFIELD POLICE DEPARTMENT

### GENERAL OFFENSE HARDCOPY
#### RELEASED PER VC 20012
#### (THEFT OF TRAILER)

**GO# 2024-21012**
**CLOSED**

**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 144
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2                    **# Of Pieces** 1
**Serial # 1** SGD23470ASJ
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 145
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2                    **# Of Pieces** 1
**Serial # 1** SGD23480FYG
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 146
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2                    **# Of Pieces** 1
**Serial # 1** SGD23480FR7
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 147
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2                    **# Of Pieces** 1



# BAKERSFIELD POLICE DEPARTMENT

### GENERAL OFFENSE HARDCOPY
#### RELEASED PER VC 20012
#### (THEFT OF TRAILER)

**GO# 2024-21012**
**CLOSED**

**Serial # 1** SGD23480FWT
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 148
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2                    **# Of Pieces** 1
**Serial # 1** SGD23480FQR
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 149
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2                    **# Of Pieces** 1
**Serial # 1** SGD23480FRD
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 150
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2                    **# Of Pieces** 1
**Serial # 1** SGD23480FNV
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

# BAKERSFIELD POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### RELEASED PER VC 20012

#### (THEFT OF TRAILER)

## <u>ARTICLES - EVIDENCE</u>

|  |  |  |  |
|---|---|---|---|
| **Status** | STOLEN | | |
| **Tag #** | 522938 - 151 | | |
| **Article** | YOTHER- ALL OTHERS | | |
| **Model** | DC-7808R3-FM2 | **# Of Pieces** | 1 |
| **Serial # 1** | SGD234801NG | | |
| **Value** | $3,963.51 | | |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH | | |
| **Flags** | EVIDENCE | | |
| **Current Location** | (LOCATION UNKNOWN) | | |

## <u>ARTICLES - EVIDENCE</u>

|  |  |  |  |
|---|---|---|---|
| **Status** | STOLEN | | |
| **Tag #** | 522938 - 152 | | |
| **Article** | YOTHER- ALL OTHERS | | |
| **Model** | DC-7808R3-FM2 | **# Of Pieces** | 1 |
| **Serial # 1** | SGD23470AVF | | |
| **Value** | $3,963.51 | | |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH | | |
| **Flags** | EVIDENCE | | |
| **Current Location** | (LOCATION UNKNOWN) | | |

## <u>ARTICLES - EVIDENCE</u>

|  |  |  |  |
|---|---|---|---|
| **Status** | STOLEN | | |
| **Tag #** | 522938 - 153 | | |
| **Article** | YOTHER- ALL OTHERS | | |
| **Model** | DC-7808R3-FM2 | **# Of Pieces** | 1 |
| **Serial # 1** | SGD23470AYJ | | |
| **Value** | $3,963.51 | | |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH | | |
| **Flags** | EVIDENCE | | |
| **Current Location** | (LOCATION UNKNOWN) | | |

## <u>ARTICLES - EVIDENCE</u>

|  |  |  |  |
|---|---|---|---|
| **Status** | STOLEN | | |
| **Tag #** | 522938 - 154 | | |
| **Article** | YOTHER- ALL OTHERS | | |
| **Model** | DC-7808R3-FM2 | **# Of Pieces** | 1 |
| **Serial # 1** | SGD23470ASG | | |



# BAKERSFIELD POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY
### RELEASED PER VC 20012
### (THEFT OF TRAILER)

**GO# 2024-21012**
**CLOSED**

**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 155
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2    **# Of Pieces** 1
**Serial # 1** SGD23470AY8
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 156
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2    **# Of Pieces** 1
**Serial # 1** SGD23470APJ
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 157
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2    **# Of Pieces** 1
**Serial # 1** SGD234801MQ
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN



# BAKERSFIELD POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### RELEASED PER VC 20012

#### (THEFT OF TRAILER)

| | |
|---|---|
| **Tag #** | 522938 - 158 |
| **Article** | YOTHER- ALL OTHERS |
| **Model** | DC-7808R3-FM2 |

**# Of Pieces** 1

| | |
|---|---|
| **Serial # 1** | SGD23470AXM |
| **Value** | $3,963.51 |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH |
| **Flags** | EVIDENCE |
| **Current Location** | (LOCATION UNKNOWN) |

## ARTICLES - EVIDENCE

| | |
|---|---|
| **Status** | STOLEN |
| **Tag #** | 522938 - 159 |
| **Article** | YOTHER- ALL OTHERS |
| **Model** | DC-7808R3-FM2 |

**# Of Pieces** 1

| | |
|---|---|
| **Serial # 1** | SGD234801KQ |
| **Value** | $3,963.51 |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH |
| **Flags** | EVIDENCE |
| **Current Location** | (LOCATION UNKNOWN) |

## ARTICLES - EVIDENCE

| | |
|---|---|
| **Status** | STOLEN |
| **Tag #** | 522938 - 160 |
| **Article** | YOTHER- ALL OTHERS |
| **Model** | DC-7808R3-FM2 |

**# Of Pieces** 1

| | |
|---|---|
| **Serial # 1** | SGD23470APU |
| **Value** | $3,963.51 |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH |
| **Flags** | EVIDENCE |
| **Current Location** | (LOCATION UNKNOWN) |

## ARTICLES - EVIDENCE

| | |
|---|---|
| **Status** | STOLEN |
| **Tag #** | 522938 - 161 |
| **Article** | YOTHER- ALL OTHERS |
| **Model** | DC-7808R3-FM2 |

**# Of Pieces** 1

| | |
|---|---|
| **Serial # 1** | SGD234801K6 |
| **Value** | $3,963.51 |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH |
| **Flags** | EVIDENCE |



**GO# 2024-21012**
**CLOSED**

# BAKERSFIELD POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### RELEASED PER VC 20012
### (THEFT OF TRAILER)

**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 162
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2                                    **# Of Pieces** 1
**Serial # 1** SGD2346009B
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 163
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2                                    **# Of Pieces** 1
**Serial # 1** SGD23480FY5
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 164
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2                                    **# Of Pieces** 1
**Serial # 1** SGD23480FPN
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 165
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2                                    **# Of Pieces** 1



**BAKERSFIELD POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**

**RELEASED PER VC 20012**

**(THEFT OF TRAILER)**

GO# 2024-21012
CLOSED

---

**Serial # 1** SGD23480FY3

**Value** $3,963.51

**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH

**Flags** EVIDENCE

**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN

**Tag #** 522938 - 166

**Article** YOTHER- ALL OTHERS

**Model** DC-7808R3-FM2          **# Of Pieces** 1

**Serial # 1** SGD23480FPJ

**Value** $3,963.51

**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH

**Flags** EVIDENCE

**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN

**Tag #** 522938 - 167

**Article** YOTHER- ALL OTHERS

**Model** DC-7808R3-FM2          **# Of Pieces** 1

**Serial # 1** SGD23480FY2

**Value** $3,963.51

**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH

**Flags** EVIDENCE

**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN

**Tag #** 522938 - 168

**Article** YOTHER- ALL OTHERS

**Model** DC-7808R3-FM2          **# Of Pieces** 1

**Serial # 1** SGD23470AZ4

**Value** $3,963.51

**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH

**Flags** EVIDENCE

**Current Location** (LOCATION UNKNOWN)

# BAKERSFIELD POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### RELEASED PER VC 20012

### (THEFT OF TRAILER)

## <u>ARTICLES - EVIDENCE</u>

|  |  |  |  |
|---|---|---|---|
| **Status** | STOLEN | | |
| **Tag #** | 522938 - 169 | | |
| **Article** | YOTHER- ALL OTHERS | | |
| **Model** | DC-7808R3-FM2 | **# Of Pieces** | 1 |
| **Serial # 1** | SGD234801KW | | |
| **Value** | $3,963.51 | | |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH | | |
| **Flags** | EVIDENCE | | |
| **Current Location** | (LOCATION UNKNOWN) | | |

## <u>ARTICLES - EVIDENCE</u>

|  |  |  |  |
|---|---|---|---|
| **Status** | STOLEN | | |
| **Tag #** | 522938 - 170 | | |
| **Article** | YOTHER- ALL OTHERS | | |
| **Model** | DC-7808R3-FM2 | **# Of Pieces** | 1 |
| **Serial # 1** | SGD23470AY7 | | |
| **Value** | $3,963.51 | | |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH | | |
| **Flags** | EVIDENCE | | |
| **Current Location** | (LOCATION UNKNOWN) | | |

## <u>ARTICLES - EVIDENCE</u>

|  |  |  |  |
|---|---|---|---|
| **Status** | STOLEN | | |
| **Tag #** | 522938 - 171 | | |
| **Article** | YOTHER- ALL OTHERS | | |
| **Model** | DC-7808R3-FM2 | **# Of Pieces** | 1 |
| **Serial # 1** | SGD234801FT | | |
| **Value** | $3,963.51 | | |
| **Description** | ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH | | |
| **Flags** | EVIDENCE | | |
| **Current Location** | (LOCATION UNKNOWN) | | |

## <u>ARTICLES - EVIDENCE</u>

|  |  |  |  |
|---|---|---|---|
| **Status** | STOLEN | | |
| **Tag #** | 522938 - 172 | | |
| **Article** | YOTHER- ALL OTHERS | | |
| **Model** | DC-7808R3-FM2 | **# Of Pieces** | 1 |
| **Serial # 1** | SGD23470AWF | | |



# BAKERSFIELD POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### RELEASED PER VC 20012

### (THEFT OF TRAILER)

GO# 2024-21012

CLOSED

**Value** $3,963.51

**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH

**Flags** EVIDENCE

**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN

**Tag #** 522938 - 173

**Article** YOTHER- ALL OTHERS

**Model** DC-7808R3-FM2                     **# Of Pieces** 1

**Serial # 1** SGD234801FR

**Value** $3,963.51

**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH

**Flags** EVIDENCE

**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN

**Tag #** 522938 - 174

**Article** YOTHER- ALL OTHERS

**Model** DC-7808R3-FM2                     **# Of Pieces** 1

**Serial # 1** SGD23470AUB

**Value** $3,963.51

**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH

**Flags** EVIDENCE

**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN

**Tag #** 522938 - 175

**Article** YOTHER- ALL OTHERS

**Model** DC-7808R3-FM2                     **# Of Pieces** 1

**Serial # 1** SGD2344066P

**Value** $3,963.51

**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH

**Flags** EVIDENCE

**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN



# BAKERSFIELD POLICE DEPARTMENT

**GO# 2024-21012**
**CLOSED**

## GENERAL OFFENSE HARDCOPY

### RELEASED PER VC 20012

### (THEFT OF TRAILER)

**Tag #** 522938 - 176
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2                    **# Of Pieces** 1
**Serial # 1** SGD2344003S
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 177
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2                    **# Of Pieces** 1
**Serial # 1** SGD23440666
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 178
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2                    **# Of Pieces** 1
**Serial # 1** SGD23440038
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 179
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2                    **# Of Pieces** 1
**Serial # 1** SGD2344009J
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE



# BAKERSFIELD POLICE DEPARTMENT

### GENERAL OFFENSE HARDCOPY
#### RELEASED PER VC 20012
#### (THEFT OF TRAILER)

GO# 2024-21012
CLOSED

**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 180
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2                    **# Of Pieces** 1
**Serial # 1** SGD23440023
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 181
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2                    **# Of Pieces** 1
**Serial # 1** SGD234801HS
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 182
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2                    **# Of Pieces** 1
**Serial # 1** SGD23470AXQ
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 183
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2                    **# Of Pieces** 1



# BAKERSFIELD POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY
### RELEASED PER VC 20012
### (THEFT OF TRAILER)

**Serial # 1** SGD234801H5
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 184
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2                          **# Of Pieces** 1
**Serial # 1** SGD23470AW2
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 185
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2                          **# Of Pieces** 1
**Serial # 1** SGD234801GN
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)

## ARTICLES - EVIDENCE

**Status** STOLEN
**Tag #** 522938 - 186
**Article** YOTHER- ALL OTHERS
**Model** DC-7808R3-FM2                          **# Of Pieces** 1
**Serial # 1** SGD23470ATE
**Value** $3,963.51
**Description** ARISTA DCS-7808R3-FM2 FABRIC MODULE FOR ETHERNET SWITCH
**Flags** EVIDENCE
**Current Location** (LOCATION UNKNOWN)



# BAKERSFIELD POLICE DEPARTMENT

### GENERAL OFFENSE HARDCOPY
**RELEASED PER VC 20012**
**(THEFT OF TRAILER)**

**\*\*\* END OF HARDCOPY \*\*\***

# Public Records Exemptions

Enclosed please find a copy of the response documents for your public records request. The following information is provided to explain the process employed to review and produce the response documents.

| Reason | Description | Pages |
| --- | --- | --- |
| | | 8-9 |