# EXHIBIT 7

# INTEREST SUMMARY

|  | Today's Date: | 11/25/24 |
|---|---|---|
|  | Interest Rate | 7.00% |

| Due Date | Item | Principal Amount | Per Diem | Days past due | Interest through 11/25/24 | TOTAL DUE |
|---|---|---|---|---|---|---|
| 9/27/2024 | Indemnity | $100,000.00 | $19.18 | 59 | $1,131.51 | $101,131.51 |
| TOTAL | | $100,000.00 | $19.18 | | $1,131.51 | $101,131.51 |