# EXHIBIT 2

# Carrier Rate and Load Confirmation



KCH Transportation, Inc.
1208 King Street Suite 320
Chattanooga, TN 37403
Zineta Neighbors
(423) 260-0910 (phone)
zneighbors@kchtrans.com

**Load Number:** 8615027
**Date:** 01/28/2024
**Equipment Type:** Dry Van 53'
**Cargo Summary:** 26 Pallets computer parts, 30000 lbs

**Carrier:** CJ LOGISTICS INC
**Contact:** Harjot Singh, (p) 6613457982 (f)
**Bill of Lading Number:** MEMT134075
**Customer Reference Number:**

| Shipper Pickup (Stop 1) | |
|---|---|
| RIVERHORSE DC<br>3615 LAMAR AVE<br>Memphis, TN US 38118<br>**Expected Date:** 01/26/2024<br>**Shipping/Receiving Hours:**<br>**Appointment Required:** No<br>**Appointment Time:** | **Shipper References:**<br>**Instructions:**<br>**Pickup/Delivery Number:** |

| Consignee Delivery (Stop 2) | |
|---|---|
| ARISTA NETWORKS INC<br>590 BRENNAN ST<br>San Jose, CA US 95131<br>**Expected Date:** 01/29/2024<br>**Shipping/Receiving Hours:**<br>**Appointment Required:** No<br>**Appointment Time:** | **Consignee References:**<br>**Instructions:**<br>**Pickup/Delivery Number:** |

| Shipment Information | | | | | |
|---|---|---|---|---|---|
| **Handling Unit** | | **Package** | | | |
| Qty | Type | Qty | Type | Weight | Commodity Description |
| 26 | Pallets | | | 30000 lbs | computer parts |

| Carrier Fees | |
|---|---|
| **Description** | **Cost** |
| Net Freight Charges | USD 3,800.00 |
| Total Cost | USD 3,800.00 |

**RATE CONFIRMATION AGREEMENT FOR KCH TRANSPORTATION, INC.**

- The rate shown includes any applicable fuel surcharges, pickup and delivery charges, loading and unloading, out-of-route, detention, storage, and/or all arbitrary charges, etc... Deviation from these rates must be approved in writing and signed by both parties.
- Any unauthorized unloading will only be reimbursed with a valid unloading receipt.
- Check calls must be made daily by 9 am EST or the carrier will be charged a penalty of $100 per day.
- If pickup or delivery times are missed, the carrier will be subject to penalty charges of up to $250 rate deduction per occurence. Additional late delivery charges assessed by the consignee may also apply.
- To collect detention carrier must notify KCH TRANSPORTATION, INC within 2 hours after the appointment time of any delays. Late pick-ups or late deliveries are not eligible for detention charges. If a facility is FCFS, detention will only be paid if the carrier is loaded or unloaded outside of the regular pick-up or delivery hours. If applicable, the arrival and departure times must be stamped and/or written on the BOL.
- All refrigerated loads must be run continuously unless otherwise stated.
- The driver is responsible for all load counts. If the driver is not granted access to the loading dock, they must call the broker to notify them immediately.
- Driver must pulp product before leaving shipper. (Bulk Shipments Only)
- Failure to accept and maintain load tracking may result in a $250 rate deduction.
- Any directions given to the carrier are for informational purposes only.
- Carrier acknowledges that they are solely responsible for compliance with all applicable HOS regulations, as well as all other FMCSA regulations.
- No drivers are authorized to break seals under any circumstances. Seals must only be broken by the consignee's personnel. Loads delivered without the seals intact will result in fines and potential claims.
- Carrier agrees this shipment will not be re-brokered or said carrier forfeits the right to collect charges and agrees KCH TRANSPORTATION, INC. may pay charges directly to the underlying carrier to collect charges and agrees.
- Carrier representative submission with acceptance and signature indicates approval of all rates and terms listed on rate confirmation.

***All Carrier Payments are now processed through TriumphPay.com***
Please register online in order to receive payments:

1. Go to www.secure.TriumphPay.com
2. Register your company
3. Connect with **KCH Transportation, Inc.**
4. Add your payment information
5. Control your money!

Login to TriumphPay.com to set up your default payment method.
***Todos los pagos del operador ahora se procesan a través de TriumphPay.com***
Regístrese en línea para recibir pagos:

1. Ir a www.secure.TriumphPay.com
2. Registre su empresa
3. Conéctese con **KCH Transportation, Inc.**
4. Agregue su información de pago
5. ¡Controla tu dinero!

Inicie sesión en TriumphPay.com para configurar su método de pago predeterminado.
**For Quick Pay please send your paperwork to payments@kchtrans.com**
**Please send all invoices and supporting documents to billing@kchtrans.com for payment processing.**
*Pay terms begin once KCH Transportation has received a carrier invoice, legibly signed proof of delivery, and all other supporting documents.*

**KCH TRANSPORTATION, INC.**
**1208 King Street, Suite 320**
**Chattanooga, TN 37403**
**(770) 962-6829**
**www.kchtrans.com**