# EXHIBIT 6

# ARISTA

## Commercial Invoice

| | |
|---|---|
| Date | 1/23/2024 |
| Order # | 60117 |
| Incoterms | EXW Origin |
| PO # | |
| Item Fulfillment # | 398701 |
| End Customer PO # | |
| Ship Via | Expeditors - FTL |
| Ship Date | 1/26/2024 |
| Tracking # | MEMT134075 |
| Export License # | |

**Ship From Address**

Bill To

Arista Networks, Inc.
3527 Lamar Avenue
Memphis TN 38118
United States

**Ship To**

Arista Networks Inc.
Dock 2 - 7
590 Brennan St.
San Jose CA 95131
United States

**End Customer**

**Additional Freight Carrier Information**

| Item | Qty | Description of Goods | Unit Rate | Total Amount | COO(Qty) | US HTS | US ECCN | EU HTS | EU ECCN | SG HTS | SG ECCN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DCS-7800R3AK-36DM2-LC | | Line Card Module for Ethernet Switch | | | | 8517.62.0090 | 5A991c\|NLR | 8517.62.0000 | NLR | 8517.62.49 | No Class |
| DCS-7808R3-FM2 | 186 | Fabric Module for Ethernet Switch | 3,963.51 | 737,212.86 | | 8517.79.0000 | 5A991c\|NLR | 8517.79.0000 | NLR | 8517.79.10 | No Class |
| PWR-500AC-F | | Power Supply for Ethernet Switch \| RMN: PWR-500-AC | | | | 8504.40.8500 | EAR99\|NLR | 8504.40.9590 | NLR | 8504.40.19 | No Class |
| PWR-501AC-F | | Power Supply for Ethernet Switch \| RMN: PWR-501AC | | | | 8504.40.8500 | EAR99\|NLR | 8504.40.9590 | NLR | 8504.40.19 | No Class |

| | |
|---|---|
| Total | US Dollar 737,212.86 |

These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations

PRL Registration number IE 01976WB
Known Consignor: KC/0277/2021
SYDEREP Registration Number: FR024102_06FPZ9 / FR024118_05JLEJ / Registro AEE: IT18010000010157 / DE 87099671
For info, please visit arista.com/en/company/corporate-responsibility/environment