# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KCH TRANSPORTATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> CJ LOGISTICS, INC., <br><br> Defendant. | Civil Action No.: <br> 1:24-cv-05430-MHC |

## PLAINTIFF KCH TRANSPORTATION, INC.'S CERTIFICATE OF INTEREST PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff KCH Transportation, Inc. furnishes this Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Local Rule 3.3 and Rule 7.1 of the Federal Rules of Civil Procedures:

1. A complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns ten percent (10%) or more of the stock of a party:

    <u>Plaintiff</u>:        KCH Transportation, Inc.

    <u>Defendant</u>:      CJ Logistics, Inc.

    Parent corporation(s) of KCH Transportation, Inc.: Terra Domestic Freight Solutions, LLC.

Publicly-held corporation owning 10% or more of stock of KCH Transportation, Inc.: None.

2. A complete list of all other persons, associations, firms, partnerships, corporations, or organizations having either a financial interest in, or other interest which could be substantially affected by, the outcome of this particular case:

Continental Insurance Agency; Continental Trucking Association, Inc.

3. A list of each person serving as a lawyer in this proceeding:

| | |
|---|---|
| Plaintiff KCH Transportation, Inc.: | T. Brandon Welch<br>Stillman Welch, LLC<br>315 W. Ponce de Leon Ave., Suite 1070<br>Decatur, Georgia 30030 |
| Defendant CJ Logistics, Inc.: | Unknown |

Dated: December 18, 2024

Respectfully submitted,

By: /s/ T. Brandon Welch
T. Brandon Welch
Georgia Bar No. 152409
brandon@stillmanwelch.com

Stillman Welch, LLC
315 W. Ponce de Leon Ave.,
Suite 1070
Decatur, Georgia 30030
T: (404) 895-9040
F: (404) 907-1819

Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing **PLAINTIFF KCH TRANSPORTATION, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to all counsel of record.

Dated: December 18, 2024.

/s/ T. Brandon Welch
T. Brandon Welch
Georgia Bar No. 152409
Attorney for Plaintiff

Stillman Welch
315 W. Ponce de Leon Ave., Suite 1070
Decatur, Georgia 30030
T 404.895.9040
F 404.907.1819
E brandon@stillmanwelch.com