Case: 1:24-cv-05430-MHC

**CJ LOGISTCS INC**

7304 Emerald Green Ave
Bakersfield, CA 93313

27th January, 2025

**T. Brandon Welch**
Stillman Welch, LLC
315 W. Ponce de Leon Ave Ste. 1070
Decatur, Georgia 30030

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 03 2025

KEVIN P WEIMER, Clerk
By: _____ Deputy Clerk

  I, Harjot Singh, owner of CJ Lgistics Inc, defendant in the civil action case 1:24-cv-05430-MHC, am responding to summons received January 16th, 2025 made by KCH Transportation Inc. I contest to the claim of paying $100,000 due to the loss of the cargo. I booked a load with KCH Transportation posted under false description, The value was well in excess of standard carrier insurance limits and should have been only tended to a carrier offering higher coverage limits and higher shipping charges. KCH knew that I only had coverage of up to 100k but they wanted to save money and tendered me the load that was valued at $737,212.86 by doing this they also put in danger my drivers life, my truck and trailer, because KCH and the shipper, Riverhorse DC, were the only ones that knew the value of the cargo. When I booked this load they did not tell me anything about the value of the cargo nor did they provide any sort of tracking to my driver. As a small carrier I try to provide the best service to the customers.

  When the load got stolen I filed a police report with Bakersfield Police department and that's when I found out the value of the load was $737,212.86. When I asked KCH why they gave me a load worth that much they stated that it was given to me by mistake. KCH did not provide tracking link to my driver. A broker is always supposed to send the tracking link to the driver to be able to keep track of the load, not even the shipper, Riverhorse DC, provided tracking to the load. After the loss KCH asked if I could provide them with my tracking information which I provided to them. When I spoke to Lee Wesserman from KCH and asked for the broker whom I booked load with ,Jett Urtubees, he said he was no longer employed by them.

  Mr. Lee Wesserman put a freight guard report on my company stating that my company, CJ Logistics, did not want to pay KCH. As a small carrier I am losing a lot of business. I requested through a law firm to have that false freight guard report removed and they never responded to that. Based on

these facts, I deny liability for the claims set forth in the complaint and respectfully request that the court dismiss the plaintiff's claim in its entirety and grant any further relief deemed just and proper.


Sincerely,

CJ Logistics Inc

# PALMATIER LAW OFFICE

| | | |
|---|---|---|
| James D. Palmatier<br>Managing Partner | PO Box 231<br>Itasca, IL 60143-0231<br>Phone: 630/306-0612<br>Fax: 630/735-2390 | False Reports<br>Defamation<br>License Reinstatement<br>Criminal Record Expungement<br>Criminal Record Sealing |

10/16/24

KCH Transportation
ATTN: Lee Wasserman
1208 King St #320,
Chattanooga, TN 37403

Priority Mail
Email: lwasserman@kchtrans.com;
GBarnes@kchtrans.com;
claims@kchtrans.com

Re: Report FG147742 CJ Logistics Inc MC1182655

Mr. Wasserman,

We are writing on behalf of CJ Logistics ("CJ"). This is a formal Demand that you take down the report to Carrier 411 # FG147742 submitted around October 4, 2024 (the" Report"). The statements in the Report have caused a loss of business for CJ and CJ has authorized us to take action.

The Report states CJ has unresolved claim issues and was involved in unethical or deceptive business practices.

The Report shows CJ in a false light and has caused harm. CJ booked a load with KCH Transportation posted under false description. The load value was well in excess of standard carrier insurance limits and should have been only tendered to a carrier offering higher coverage limits, and of course, higher shipping charges. Here, it appears to save money, you chose a small carrier and did not disclose the value of the cargo. Please remove the Report.

As is well known in the industry, thieves are able to flag high value shipments and frequently steal such loads. Your lack of compliance with using a carrier that has an insurance limit scaled at a level of the value of your cargo, put the driver, the company and the load all in danger. This fraudulent posting of a load of high value cargo created a very dangerous situation. Please remove the Report.

Here, the unresolved claim issues is a direct result of your fraudulent posting. This Report is a defamatory allegation brought about by your actions. CJ was not aware the cargo value was above their insurance limits. You were apparently trying to save money. Please remove the Report.

CJ was not unethical in accepting your fraudulently posted load. They are a small carrier serving customers as best they can. They were not deceptive in representing that they carried carrier insurance as required by law. CJ does not carry high value loads and therefore does not need high limit insurance. Please remove the Report.

**Phone: 630/306-0612; Fax: 630/735-2390; Email: Palmatierlaw@yahoo.com**

# PALMATIER LAW OFFICE
### PO Box 231
### Itasca, IL 60143-0231
### Phone: 630/306-0612
### Fax: 630/735-2390

Your actions in posting the fraudulent load description is illegal and in violation of FMCSA rules. Your Report has caused damage and continues to do so. We respectfully ask you take the Report down within 3 days from your receipt of this Demand letter.

Sincerely,

*[signature]*

James D Palmatier
Managing Attorney
Palmatier Law Office

From: CJ LOGISTICS INC.
7304 EMERALD GREEN AVE
BAKERSFIELD, CA
93313

Retail



RDC 99

30303

U.S. POSTAGE PAID
FCM LETTER
BAKERSFIELD, CA 93304
JAN 29, 2025

$5.58

S2324H500449-14

CERTIFIED MAIL®
PLACE OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7021 2720 0001 0072 7091

CLEARED SECURITY
FEB 03 2025
U.S. MARSHALS SERVICE
Atlanta, Georgia

CLEARED SECURITY
FEB 03 2025
U.S. MARSHALS SERVICE
Atlanta, Georgia

To: KEVIN P. WEINER
UNITED STATES DISTRICT COURT
221 UNITED STATES COURTHOUSE
75 TED TURNER DR, SW
ATLANTA, GA 30303

ReadyPost®
Document Mailer