UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KCH TRANSPORTATION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO: 1:24-cv-05430-MHC |
| CJ LOGISTICS, INC., ) | |
| ) | |
| Defendant. ) | |

## **PLAINTIFF'S MOTION TO STRIKE**

Plaintiff KCH Transportation, Inc. ("KCH") moves to strike Defendant CJ Logistics, Inc.'s pro se answer.  In support of its cross motion, KCH states as follows:

1. KCH served Defendant CJ Logistics, Inc. ("CJ Logistics") with the First Amended Complaint on January 16, 2025. KCH is in the process of obtaining an affidavit reflecting this service. In the meantime, CJ Logistics filed a pro se answer on February 3, 2025. [Doc. 8.]

2. CJ Logistics is a limited liability company, which must be represented by counsel in this action. CJ Logistics' answer states that Harjot Singh, its owner, prepared the document. To KCH's information and belief, Mr. Singh is not an attorney and is not admitted to practice before this Court.

3.   KCH therefore respectfully requests that this Court strike CJ Logistics' answer and provide CJ Logistics with 21 days to retain an attorney and file a compliant answer.

WHEREFORE, KCH prays for entry of an Order (a) striking the pro se answer of CJ Logistics [Doc. 8]; (b) providing a period of 21 days for CJ Logistics to obtain counsel and file a compliant answer; and (c) granting such other relief as the Court deems appropriate.

Submitted this 6th day of February, 2025.

/s/ T. Brandon Welch
T. Brandon Welch
Georgia Bar No. 152409
*brandon@stillmanwelch.com*
Attorney for Plaintiff

Stillman Welch
315 W. Ponce de Leon Ave. Ste 1070
Decatur, Georgia 30030
Telephone: (404) 895-9040
Facsimile: (404) 907-1819

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served counsel for the other parties in the foregoing matter with a copy of this Motion to Strike via regular and electronic mail to:

CJ Logistics, Inc.
Attn: Mr. Harjot Singh
7304 Emerald Green Ave.
Bakersfield, California 93313
cjlog20@gmail.com
Pro Se

Submitted this 6th day of February, 2025.

/s/ T. Brandon Welch
T. Brandon Welch
Georgia Bar No. 152409
*brandon@stillmanwelch.com*
Attorney for Plaintiff

Stillman Welch
315 W. Ponce de Leon Ave. Ste 1070
Decatur, Georgia 30030
Telephone: (404) 895-9040
Facsimile: (404) 907-1819