UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KCH TRANSPORTATION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO: 1:24-cv-05430-MHC |
| CJ LOGISTICS, INC., ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION TO STRIKE

### I. INTRODUCTION

Plaintiff KCH Transportation, Inc. ("KCH") moves to strike because Defendant CJ Logistics, Inc. ("CJ Logistics") filed a non-compliant pro se answer. Under the Local Rules and prevailing law, CJ Logistics must be represented by counsel in this action. KCH therefore requests that the Court strike CJ Logistics' pro se answer and provide CJ Logistics with 21 days to retain counsel and file a compliant answer.

### II. STATEMENT OF FACTS

KCH filed this action to recover indemnification of $100,000 for freight stolen from CJ Logistics' possession. [*See generally* First Am. Compl.] KCH served CJ Logistics with the First Amended Complaint on January 16, 2025. KCH is in the

process of obtaining an affidavit of service reflecting this date. In the meantime, CJ Logistics filed an answer on February 3, 2025. [Doc. 8.]

CJ Logistics' answer states that it was prepared by its owner, Harjot Singh. [*Id.*] The first sentence says: "I, Harjot Singh, owner of CJ Logistics Inc., defendant in [this] civil action . . . am responding to summons received January 16, 2025. . . ." [*Id.*] The answer bears the hallmarks of a pro se answer. It does not include a bar number for Mr. Singh, who does not appear in the directories of either the Georgia Bar or the California Bar. To KCH's knowledge and belief, Mr. Singh is not a lawyer.

### III.   ARGUMENT AND CITATION TO LAW

The Court should strike because CJ Logistics must be represented by counsel. *See T-12 Entertainment, LLC v. Young Kings Enters., Inc.*, 36 F. Supp. 3d 1380, 1393 (N.D. Ga. 2014) ("Ego Entertainment is a Georgia limited liability company and thus cannot appear pro se."); *Progressive S. Christian Leadership Conference v. Ga. Secretary of State*, Case No. 1:20-cv-3877-MHC, 2020 WL 10221071, at *1 n.1 (N.D. Ga. Sep. 23, 2020) (Cohen, J.) (noting that corporation cannot appear pro se). Local Rule 83.1(E)(2)(b)(H) provides that "a corporation . . . may only be represented by an attorney, . . . and a corporate officer may not represent the client unless that officer is admitted to the bar of this Court as a regular member or has

been admitted *pro hac vice* in the case[.]" LR 83.1(E)(2)(b)(H). Accordingly, "where a limited liability company attempts to answer a complaint pro se, such an answer is inappropriate and should be stricken." *Cochran v. Alliance Assisted Living, LLC*, Case No. 1:17-cv-02471, 2018 WL 6163160, at *1 (N.D. Ga. Mar. 13, 2018).

Here, CJ Logistics filed a pro se answer prepared by its owner, who is not an attorney. The Local Rules and prevailing law require that CJ Logistics hire counsel to represent it in this action. KCH therefore respectfully requests that the Court strike the non-compliant answer.

## IV.   CONCLUSION

For all of the foregoing reasons, KCH respectfully requests that the Court strike CJ Logistics' answer [Doc. 8], grant CJ Logistics 21 days to retain counsel and file a compliant answer, and grant such further relief as the Court deems just and proper.

Submitted this 6th day of February, 2025.

                                            <u>/s/ T. Brandon Welch</u>
T. Brandon Welch
Georgia Bar No. 152409
*brandon@stillmanwelch.com*
Attorney for Plaintiff

Stillman Welch
315 W. Ponce de Leon Ave. Ste 1070
Decatur, Georgia 30030
Telephone: (404) 895-9040
Facsimile: (404) 907-1819

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for the other parties in the foregoing matter with a copy of this Memorandum via regular and electronic mail to:

CJ Logistics, Inc.
Attn: Mr. Harjot Singh
7304 Emerald Green Ave.
Bakersfield, California 93313
cjlog20@gmail.com
Pro Se

Submitted this 6th day of February, 2025.

/s/ T. Brandon Welch
T. Brandon Welch
Georgia Bar No. 152409
*brandon@stillmanwelch.com*
Attorney for Plaintiff

Stillman Welch
315 W. Ponce de Leon Ave. Ste 1070
Decatur, Georgia 30030
Telephone: (404) 895-9040
Facsimile: (404) 907-1819